

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk*

Phone: (303) 844-3433

Date: 8/19/2024

☐Pro Se    ☒Retained    ☐CJA    ☐FPD    USA or other
☐Federal Agency
(Appeal Fee Exempt)

Case No.: <u>22-cv-00581-CNS-NRN</u>

☐Amended Notice of Appeal
☐Other pending appeals
☐Transferred Successive
§2254 or §2255
☐Supplemental Record

Date Filed: <u>8/16/2024</u>

Appellant: <u>Colorado Montana, et</u>

Pro Se Appellant:
☐IFP forms mailed/given    ☐Motion IFP pending    ☐Appeal fee paid
☐IFP denied    ☐Appeal fee not paid

Retained Counsel:
☒Appeal fee paid    ☐Appeal fee not paid    ☐Motion IFP filed

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of Appeals. Please refer to the forms, procedures, and requirements for ordering transcripts, preparing docketing statements and briefs, and designations of the record that are found on the Tenth Circuit's website, www.ca10.uscourts.gov.

If not already completed, either an appeal fee payment for filing this case or filing of a motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals within 14 days after the notice of appeal was filed with the District Court.

If you have questions, please contact this office.

Sincerely,

JEFFREY P. COLWELL, CLERK

by:  s/ S. Phillips
Deputy Clerk

cc:    Clerk of the Court, Tenth Circuit Court of Appeals

Rev. 8/17/2017

APPEAL,JD1,NDISPO,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: <u>1:22–cv–00581–CNS–NRN</u>

| | |
|---|---|
| Colorado Montana Wyoming State Area Conference of the NAACP et al v. United States Election Integrity Plan et al | Date Filed: 03/09/2022 |
| Assigned to: Judge Charlotte N. Sweeney | Date Terminated: 07/18/2024 |
| Referred to: Magistrate Judge N. Reid Neureiter | Jury Demand: None |
| Cause: 42:1985 Conspiracy to Interfere with Civil Rights | Nature of Suit: 441 Civil Rights: Voting |
| | Jurisdiction: Federal Question |

**Interested Party**

| | | |
|---|---|---|
| **United States of America** | represented by | **Zeyen Julian Wu**<br>U.S. Attorney's Office<br>District of Colorado<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202<br>303–454–0238<br>Email: zeyen.wu@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Colorado Montana Wyoming State Area Conference of the NAACP** | represented by | **Amira Marcella Mattar**<br>Free Speech For People<br>48 North Pleasant Street<br>Suite 304<br>Amherst, MA 01002<br>617–564–0464<br>Email: amira@freespeechforpeople.org<br>*ATTORNEY TO BE NOTICED*<br><br>**Ben Clements**<br>Free Speech For People<br>1320 Centre Street<br>Suite 405<br>Newton, MA 02459<br>617–943–1803<br>Email: bclements@freespeechforpeople.org<br>*ATTORNEY TO BE NOTICED*<br><br>**Brian Andrew Dillon**<br>Lathrop GPM LLP<br>80 South 8th Street<br>IDS Center<br>Suite 500<br>Minneapolis, MN 55402<br>612–632–3000<br>Email: brian.dillon@lathropgpm.com<br>*ATTORNEY TO BE NOTICED* |

**Casey Carlton Breese**
Lathrop GPM LLP
675 15th Street
Suite 2650
Denver, CO 80202
720–931–3200
Email: casey.breese@lathropgpm.com
*ATTORNEY TO BE NOTICED*

**Courtney Marie Hostetler**
Free Speech For People
48 North Pleasant Street
Suite 304
Amherst, MA 01002
617–249–3015
Email: chostetler@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Dion Richard Farganis**
Taft Stettinius & Hollister LLP
80 South 8th Street
IDS Center
Suite 2200
Minneapolis, MN 55402
612–977–8636
Fax: 612–977–8650
Email: dfarganis@taftlaw.com
*ATTORNEY TO BE NOTICED*

**Jean Paul Bradshaw , II**
Lathrop GPM LLP
2345 Grand Boulevard
Suite 2200
Kansas City, MO 64108
816–460–5507
Fax: 816–292–2001
Email: jeanpaul.bradshaw@lathropgpm.com
*ATTORNEY TO BE NOTICED*

**John C. Bonifaz**
Free Speech For People
1320 Centre Street
Suite 405
Newton, MA 02459
617–244–0234
Email: jbonifaz@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Kristin M. Stock**
Lathrop GPM LLP
80 South Eigth Street

Suite 3100
Minneapolis, MN 55402
612–632–3492
Email: kristin.stock@lathropgpm.com
*ATTORNEY TO BE NOTICED*

**Reid Kelly Day**
City of Kansas City, Missouri
414 East 12th Street
Kansas City, MO 64106
816–513–1313
Email: reid.day@gmail.com
*TERMINATED: 01/23/2023*

**Ronald Andrew Fein**
American Oversight
1030 15th Street NW
Suite B255
Washington, DC 20005
202–869–5246
Email: ron.fein@americanoversight.org
*TERMINATED: 04/11/2024*
*ATTORNEY TO BE NOTICED*

**Amy Elizabeth Erickson**
Lathrop GPM LLP
80 South Eighth Street
IDS Center
Suite 500
Minneapolis, MN 55402
612–632–3470
Fax: 612–632–4470
Email: amy.erickson@lathropgpm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| League of Women Voters of Colorado | represented by | **Amira Marcella Mattar** |

**Amira Marcella Mattar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Andrew Dillon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Casey Carlton Breese**
(See above for address)
*ATTORNEY TO BE NOTICED*

3

**Courtney Marie Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jean Paul Bradshaw , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C. Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin M. Stock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reid Kelly Day**
(See above for address)
*TERMINATED: 01/23/2023*

**Ronald Andrew Fein**
(See above for address)
*TERMINATED: 04/11/2024*
*ATTORNEY TO BE NOTICED*

**Amy Elizabeth Erickson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mi Familia Vota**                          represented by   **Amira Marcella Mattar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Andrew Dillon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Casey Carlton Breese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney Marie Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jean Paul Bradshaw , II**
(See above for address)

4

*ATTORNEY TO BE NOTICED*

**John C. Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin M. Stock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reid Kelly Day**
(See above for address)
*TERMINATED: 01/23/2023*

**Ronald Andrew Fein**
(See above for address)
*TERMINATED: 04/11/2024*
*ATTORNEY TO BE NOTICED*

**Amy Elizabeth Erickson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

<u>**Defendant**</u>

**United States Election Integrity Plan**          represented by   **Jessica Lynn Hays**
*TERMINATED: 01/31/2023*                                             Reisch Law Firm, LLC
                                                                    1490 West 121st Avenue
                                                                    Suite 202
                                                                    Denver, CO 80234
                                                                    303−291−0555
                                                                    Fax: 720−904−5797
                                                                    Email: jessica@reischlawfirm.com
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **R. Scott Reisch**
                                                                    Reisch Law Firm, LLC
                                                                    1490 West 121st Avenue
                                                                    Suite 202
                                                                    Denver, CO 80234
                                                                    303−291−0555
                                                                    Fax: 720−904−5797
                                                                    Email: scott@reischlawfirm.com
                                                                    *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Shawn Smith**                                    represented by   **Jessica Lynn Hays**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

R. Scott Reisch
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ashley Epp**                                      represented by   **Ashley Epp**
*[E−filer effective 1/3/2024]*                                       1132 Koa Ct
                                                                     Castle Rock, CO 80104
                                                                     303−591−8714
                                                                     Email: asheinamerica@protonmail.com
                                                                     PRO SE

                                                                     **Jessica Lynn Hays**
                                                                     (See above for address)
                                                                     *TERMINATED: 01/02/2024*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **R. Scott Reisch**
                                                                     (See above for address)
                                                                     *TERMINATED: 01/02/2024*
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Holly Kasun**                                     represented by   **Michael J. Wynne**
*[E−filer effective 1/3/2024]*                                       Gregor Wynne Arney PLLC
                                                                     4265 San Felipe Street
                                                                     Suite 700
                                                                     Houston, TX 77027
                                                                     281−450−7403
                                                                     Email: mwynne@gwafirm.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Cameron C. Powell**
                                                                     Gregor Wynne Arney PLLC
                                                                     4265 San Felipe Street
                                                                     Suite 700
                                                                     Houston, TX 77027
                                                                     503−502−5030
                                                                     Email: cpowell@gwafirm.com
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Jessica Lynn Hays**
                                                                     (See above for address)
                                                                     *TERMINATED: 01/02/2024*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **R. Scott Reisch**
                                                                     (See above for address)
                                                                     *TERMINATED: 01/02/2024*
                                                                     *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Ashley Epp**                              represented by   **Ashley Epp**
                                                            (See above for address)
                                                            PRO SE

                                                            **Jessica Lynn Hays**
                                                            (See above for address)
                                                            *TERMINATED: 01/02/2024*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **R. Scott Reisch**
                                                            (See above for address)
                                                            *TERMINATED: 01/02/2024*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**United States Election Integrity Plan**   represented by   **Jessica Lynn Hays**
*TERMINATED: 01/31/2023*                                    (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **R. Scott Reisch**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Holly Kasun**                             represented by   **Michael J. Wynne**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jessica Lynn Hays**
                                                            (See above for address)
                                                            *TERMINATED: 01/02/2024*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **R. Scott Reisch**
                                                            (See above for address)
                                                            *TERMINATED: 01/02/2024*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Shawn Smith**                             represented by   **Jessica Lynn Hays**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **R. Scott Reisch**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Colorado Montana Wyoming State Area Conference of the NAACP** | represented by | **Ben Clements** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Andrew Dillon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Casey Carlton Breese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney Marie Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dion Richard Farganis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jean Paul Bradshaw , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C. Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reid Kelly Day**
(See above for address)
*TERMINATED: 01/23/2023*

**Ronald Andrew Fein**
(See above for address)
*TERMINATED: 04/11/2024*
*ATTORNEY TO BE NOTICED*

**Amy Elizabeth Erickson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

| | | |
|---|---|---|
| **League of Women Voters of Colorado** | represented by | **Ben Clements** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Andrew Dillon**
(See above for address)

8

*ATTORNEY TO BE NOTICED*

**Casey Carlton Breese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney Marie Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jean Paul Bradshaw , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C. Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reid Kelly Day**
(See above for address)
*TERMINATED: 01/23/2023*

**Ronald Andrew Fein**
(See above for address)
*TERMINATED: 04/11/2024*
*ATTORNEY TO BE NOTICED*

**Amy Elizabeth Erickson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Mi Familia Vota**                    represented by   **Ben Clements**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Andrew Dillon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Casey Carlton Breese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney Marie Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jean Paul Bradshaw , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C. Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reid Kelly Day**
(See above for address)
*TERMINATED: 01/23/2023*

**Ronald Andrew Fein**
(See above for address)
*TERMINATED: 04/11/2024*
*ATTORNEY TO BE NOTICED*

**Amy Elizabeth Erickson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Ashley Epp**                          represented by   **Jessica Lynn Hays**
*[E−filer effective 1/3/2024]*                          (See above for address)
                                                        *TERMINATED: 01/02/2024*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **R. Scott Reisch**
                                                        (See above for address)
                                                        *TERMINATED: 01/02/2024*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Holly Kasun**                         represented by   **Michael J. Wynne**
*[E−filer effective 1/3/2024]*                          (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jessica Lynn Hays**
                                                        (See above for address)
                                                        *TERMINATED: 01/02/2024*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **R. Scott Reisch**
                                                        (See above for address)
                                                        *TERMINATED: 01/02/2024*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Colorado Montana Wyoming State**      represented by   **Amira Marcella Mattar**
**Area Conference of the NAACP**                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Andrew Dillon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Casey Carlton Breese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney Marie Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dion Richard Farganis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jean Paul Bradshaw , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C. Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin M. Stock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reid Kelly Day**
(See above for address)
*TERMINATED: 01/23/2023*

**Ronald Andrew Fein**
(See above for address)
*TERMINATED: 04/11/2024*
*ATTORNEY TO BE NOTICED*

**Amy Elizabeth Erickson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Counter Defendant**</u>

**League of Women Voters of Colorado**          represented by   **Amira Marcella Mattar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ben Clements**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Andrew Dillon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Casey Carlton Breese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney Marie Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jean Paul Bradshaw , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C. Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin M. Stock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reid Kelly Day**
(See above for address)
*TERMINATED: 01/23/2023*

**Ronald Andrew Fein**
(See above for address)
*TERMINATED: 04/11/2024*
*ATTORNEY TO BE NOTICED*

**Amy Elizabeth Erickson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Mi Familia Vota**                    represented by   **Amira Marcella Mattar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Andrew Dillon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Casey Carlton Breese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney Marie Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jean Paul Bradshaw , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C. Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin M. Stock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reid Kelly Day**
(See above for address)
*TERMINATED: 01/23/2023*

**Ronald Andrew Fein**
(See above for address)
*TERMINATED: 04/11/2024*
*ATTORNEY TO BE NOTICED*

**Amy Elizabeth Erickson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Holly Kasun**                          represented by   **Michael J. Wynne**
*[E–filer effective 1/3/2024]*                            (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jessica Lynn Hays**
                                                          (See above for address)
                                                          *TERMINATED: 01/02/2024*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **R. Scott Reisch**
                                                          (See above for address)
                                                          *TERMINATED: 01/02/2024*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Ashley Epp** | represented by | **Jessica Lynn Hays** |
| *[E−filer effective 1/3/2024]* | | (See above for address) |
| | | *TERMINATED: 01/02/2024* |
| | | *ATTORNEY TO BE NOTICED* |

**R. Scott Reisch**
(See above for address)
*TERMINATED: 01/02/2024*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Colorado Montana Wyoming State Area Conference of the NAACP** | represented by | **Amira Marcella Mattar** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Ben Clements**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Andrew Dillon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Casey Carlton Breese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney Marie Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dion Richard Farganis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jean Paul Bradshaw , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C. Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin M. Stock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reid Kelly Day**
(See above for address)

*TERMINATED: 01/23/2023*

**Ronald Andrew Fein**
(See above for address)
*TERMINATED: 04/11/2024*
*ATTORNEY TO BE NOTICED*

**Amy Elizabeth Erickson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

| League of Women Voters of Colorado | represented by | **Amira Marcella Mattar** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Ben Clements**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Andrew Dillon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Casey Carlton Breese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney Marie Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jean Paul Bradshaw , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C. Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin M. Stock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reid Kelly Day**
(See above for address)
*TERMINATED: 01/23/2023*

**Ronald Andrew Fein**
(See above for address)
*TERMINATED: 04/11/2024*
*ATTORNEY TO BE NOTICED*

15

**Amy Elizabeth Erickson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Mi Familia Vota**                    represented by   **Amira Marcella Mattar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Andrew Dillon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Casey Carlton Breese**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney Marie Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jean Paul Bradshaw , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C. Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin M. Stock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reid Kelly Day**
(See above for address)
*TERMINATED: 01/23/2023*

**Ronald Andrew Fein**
(See above for address)
*TERMINATED: 04/11/2024*
*ATTORNEY TO BE NOTICED*

**Amy Elizabeth Erickson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2022 | 1 | COMPLAINT against All Defendants (Filing fee $ 402,Receipt Number ACODC−8355042)Attorney Amy Elizabeth Erickson added to party Colorado Montana Wyoming State Area Conference of the NAACP(pty:pla), Attorney Amy Elizabeth Erickson added to party League of Women Voters of Colorado(pty:pla), Attorney Amy Elizabeth Erickson added to party Mi Familia Vota(pty:pla), filed by Colorado Montana Wyoming State Area Conference of the NAACP, Mi Familia Vota, League of Women Voters of Colorado. (Attachments: # 1 Civil Cover Sheet, # 2 Summons Ashley Epp, # 3 Summons Holly Kasun, # 4 Summons Shawn Smith)(Erickson, Amy) (Entered: 03/09/2022) |
| 03/09/2022 | 2 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:Amy Elizabeth Erickson. **DO NOT REFILE THE DOCUMENT. Action to take −** counsel must submit a change of contact request through the Manage my Account tab at the PACER website at https://www.pacer.gov/, pursuant to D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Civil cases).(Text Only Entry) (norlin, ) (Entered: 03/09/2022) |
| 03/09/2022 | 3 | Case assigned to Magistrate Judge Nina Y. Wang. Text Only Entry (norlin, ) (Entered: 03/09/2022) |
| 03/09/2022 | 4 | SUMMONS issued by Clerk. (Attachments: # 1 Summons, # 2 Summons, # 3 Magistrate Judge Consent Form) (norlin, ) (Entered: 03/09/2022) |
| 03/09/2022 | 5 | MOTION for Temporary Restraining Order , MOTION for Preliminary Injunction *against all defendants* by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 03/09/2022) |
| 03/09/2022 | 6 | BRIEF in Support of 5 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *against all defendants* filed by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 03/09/2022) |
| 03/09/2022 | 7 | DECLARATION of *Casey Breese* regarding MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *against all defendants* 5 by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Attachments: # 1 Exhibit A)(Erickson, Amy) (Entered: 03/09/2022) |
| 03/09/2022 | 8 | DECLARATION of *Beth Hendrix* regarding MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *against all defendants* 5 by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 03/09/2022) |
| 03/09/2022 | 9 | DECLARATION of *Portia Prescott* regarding MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *against all defendants* 5 by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 03/09/2022) |
| 03/09/2022 | 10 | DECLARATION of *Salvador Hernandez* regarding MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *against all defendants* 5 by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 03/09/2022) |
| 03/09/2022 | 11 | Proposed Order to 5 Motion for Temporary Restraining Order and Preliminary Injunction by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) Modified on 3/9/2022 to correct event text and create linkage (athom, ). (Entered: 03/09/2022) |

| 03/09/2022 | 12 | MINUTE ORDER by Magistrate Judge Nina Y. Wang on 03/09/2022. IT IS ORDERED that: The Clerk of the Court shall REDRAW this action to a District Judge for further proceedings. (alave, ) (Entered: 03/09/2022) |
|---|---|---|
| 03/09/2022 | 13 | CASE REASSIGNED pursuant to 12 Minute Order. This case is randomly reassigned to Judge Robert E. Blackburn. All future pleadings should be designated as 22–cv–00581–REB. (Text Only Entry). (alave, ) (Entered: 03/09/2022) |
| 03/09/2022 | 14 | MEMORANDUM RETURNING CASE by Senior Judge Blackburn. This case is randomly reassigned to Chief Judge Philip A. Brimmer and drawn to Magistrate Judge Nina Y. Wang. All future pleadings should be designated as 22–cv–00581–PAB. (athom, ) (Entered: 03/09/2022) |
| 03/16/2022 | 15 | SUMMONS Returned Executed by All Plaintiffs. Ashley Epp served on 3/14/2022, answer due 4/4/2022. (Erickson, Amy) (Entered: 03/16/2022) |
| 03/17/2022 | 16 | SUMMONS Returned Executed by All Plaintiffs. Shawn Smith served on 3/14/2022, answer due 4/4/2022. (Erickson, Amy) (Entered: 03/17/2022) |
| 03/23/2022 | 17 | NOTICE of Entry of Appearance by Amy Elizabeth Erickson on behalf of All Plaintiffs (Erickson, Amy) (Entered: 03/23/2022) |
| 03/23/2022 | 18 | NOTICE of Entry of Appearance by Reid Kelly Day on behalf of All Plaintiffs Attorney Reid Kelly Day added to party Colorado Montana Wyoming State Area Conference of the NAACP(pty:pla), Attorney Reid Kelly Day added to party League of Women Voters of Colorado(pty:pla), Attorney Reid Kelly Day added to party Mi Familia Vota(pty:pla) (Day, Reid) (Entered: 03/23/2022) |
| 03/23/2022 | 19 | NOTICE of Entry of Appearance by Brian Andrew Dillon on behalf of Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia VotaAttorney Brian Andrew Dillon added to party Colorado Montana Wyoming State Area Conference of the NAACP(pty:pla), Attorney Brian Andrew Dillon added to party League of Women Voters of Colorado(pty:pla), Attorney Brian Andrew Dillon added to party Mi Familia Vota(pty:pla) (Dillon, Brian) (Entered: 03/23/2022) |
| 03/23/2022 | 20 | NOTICE of Entry of Appearance by Jean Paul Bradshaw on behalf of All Plaintiffs Attorney Jean Paul Bradshaw added to party Colorado Montana Wyoming State Area Conference of the NAACP(pty:pla), Attorney Jean Paul Bradshaw added to party League of Women Voters of Colorado(pty:pla), Attorney Jean Paul Bradshaw added to party Mi Familia Vota(pty:pla) (Bradshaw, Jean) (Entered: 03/23/2022) |
| 03/23/2022 | 21 | NOTICE of Entry of Appearance by Ben Clements on behalf of All Plaintiffs Attorney Ben Clements added to party Colorado Montana Wyoming State Area Conference of the NAACP(pty:pla), Attorney Ben Clements added to party League of Women Voters of Colorado(pty:pla), Attorney Ben Clements added to party Mi Familia Vota(pty:pla) (Clements, Ben) (Entered: 03/23/2022) |
| 03/24/2022 | 22 | SUMMONS Returned Executed by All Plaintiffs. Holly Kasun served on 3/23/2022, answer due 4/13/2022. (Erickson, Amy) (Entered: 03/24/2022) |
| 03/25/2022 | 23 | NOTICE of Entry of Appearance by Ronald Andrew Fein on behalf of All Plaintiffs Attorney Ronald Andrew Fein added to party Colorado Montana Wyoming State Area Conference of the NAACP(pty:pla), Attorney Ronald Andrew Fein added to party League of Women Voters of Colorado(pty:pla), Attorney Ronald Andrew Fein added to party Mi Familia Vota(pty:pla) (Fein, Ronald) (Entered: 03/25/2022) |
| 03/25/2022 | 24 | |

| | | |
|---|---|---|
| | | NOTICE of Entry of Appearance by Casey Carlton Breese on behalf of All Plaintiffs Attorney Casey Carlton Breese added to party Colorado Montana Wyoming State Area Conference of the NAACP(pty:pla), Attorney Casey Carlton Breese added to party League of Women Voters of Colorado(pty:pla), Attorney Casey Carlton Breese added to party Mi Familia Vota(pty:pla) (Breese, Casey) (Entered: 03/25/2022) |
| 03/28/2022 | 25 | NOTICE of Entry of Appearance by Courtney Marie Hostetler on behalf of All Plaintiffs Attorney Courtney Marie Hostetler added to party Colorado Montana Wyoming State Area Conference of the NAACP(pty:pla), Attorney Courtney Marie Hostetler added to party League of Women Voters of Colorado(pty:pla), Attorney Courtney Marie Hostetler added to party Mi Familia Vota(pty:pla) (Hostetler, Courtney) (Entered: 03/28/2022) |
| 04/04/2022 | 26 | NOTICE of Entry of Appearance by R. Scott Reisch on behalf of All Defendants Attorney R. Scott Reisch added to party Ashley Epp(pty:dft), Attorney R. Scott Reisch added to party Holly Kasun(pty:dft), Attorney R. Scott Reisch added to party Shawn Smith(pty:dft), Attorney R. Scott Reisch added to party United States Election Integrity Plan(pty:dft) (Reisch, R.) (Entered: 04/04/2022) |
| 04/04/2022 | 27 | MOTION to Dismiss for Lack of Jurisdiction by Defendants Ashley Epp, Holly Kasun, Shawn Smith, United States Election Integrity Plan. (Reisch, R.) (Entered: 04/04/2022) |
| 04/06/2022 | 28 | NOTICE of Entry of Appearance by Jessica Lynn Hays on behalf of All Defendants Attorney Jessica Lynn Hays added to party Ashley Epp(pty:dft), Attorney Jessica Lynn Hays added to party Holly Kasun(pty:dft), Attorney Jessica Lynn Hays added to party Shawn Smith(pty:dft), Attorney Jessica Lynn Hays added to party United States Election Integrity Plan(pty:dft) (Hays, Jessica) (Entered: 04/06/2022) |
| 04/07/2022 | 29 | MOTION to Expedite , MOTION for Hearing/Conference re 27 MOTION to Dismiss for Lack of Jurisdiction , 5 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *against all defendants* by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Attachments: # 1 Proposed Order (PDF Only))(Erickson, Amy) (Entered: 04/07/2022) |
| 04/08/2022 | 30 | ORDER by Chief Judge Philip A. Brimmer on 4/8/2022. **ORDERED** that the portion of plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction [Docket No. 5 ] that requests issuance of a temporary restraining order is **DENIED**. **ORDERED** that the portion of plaintiffs' Motion for Expedited Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss [Docket No. 29 ] that requests an expedited TRO hearing is **DENIED as moot**. (trvo, ) (Entered: 04/08/2022) |
| 04/08/2022 | 31 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 4/08/2022. It is ORDERED that plaintiffs shall file a witness list by **April 20, 2022** using the form found at http://www.cod.uscourts.gov/JudicialOfficers/Active/ArticleIIIJudges/HonPhilipABrimmer.aspx, indicating the witnesses it intends to call at the preliminary injunction hearing and the length of its direct examinations. It is further ORDERED that defendants shall file by **April 27, 2022**, a witness list for the preliminary injunction hearing, using the same form, which shall include estimates of the time required for cross–examining plaintiffs' witnesses and estimates of time for conducting the direct examinations of defendants witnesses. It is further ORDERED that counsel shall jointly contact Chambers via conference call (303–335–2794) on **April 29, 2022** to schedule a preliminary injunction hearing. It is further ORDERED that defendants shall respond to the portion of plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction [Docket No. 5] requesting a preliminary injunction on or before April 20, 2022, and plaintiffs may reply on or before **April 25, 2022**. It is further ORDERED that plaintiffs shall respond to defendants' Motion to Dismiss [Docket No. 27] on or before **April 18, 2022**, and defendants may |

| | | reply on or before **April 22, 2022**. (pabsec, ) (Entered: 04/08/2022) |
|---|---|---|
| 04/18/2022 | 32 | NOTICE of Entry of Appearance by John C. Bonifaz on behalf of All Plaintiffs Attorney John C. Bonifaz added to party Colorado Montana Wyoming State Area Conference of the NAACP(pty:pla), Attorney John C. Bonifaz added to party League of Women Voters of Colorado(pty:pla), Attorney John C. Bonifaz added to party Mi Familia Vota(pty:pla) (Bonifaz, John) (Entered: 04/18/2022) |
| 04/18/2022 | 33 | RESPONSE to 27 MOTION to Dismiss for Lack of Jurisdiction filed by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Attachments: # 1 Proposed Order (PDF Only))(Erickson, Amy) (Entered: 04/18/2022) |
| 04/20/2022 | 34 | Witness List by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 04/20/2022) |
| 04/20/2022 | 35 | RESPONSE to 5 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *against all defendants* filed by Defendants Ashley Epp, Holly Kasun, Shawn Smith, United States Election Integrity Plan. (Hays, Jessica) (Entered: 04/20/2022) |
| 04/22/2022 | 36 | REPLY to Response to 27 MOTION to Dismiss for Lack of Jurisdiction filed by Defendants Ashley Epp, Holly Kasun, Shawn Smith, United States Election Integrity Plan. (Hays, Jessica) (Entered: 04/22/2022) |
| 04/25/2022 | 37 | REPLY to Response to 5 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *against all defendants* filed by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 04/25/2022) |
| 04/27/2022 | 38 | Witness List *for Preliminary Injunction Hearing* by Defendants Ashley Epp, Holly Kasun, Shawn Smith, United States Election Integrity Plan. (Hays, Jessica) (Entered: 04/27/2022) |
| 04/28/2022 | 39 | ORDER by Chief Judge Philip A. Brimmer on 04/28/2022. Defendants' Motion to Dismiss [Docket No. 27 ] is **DENIED**. (athom, ) (Entered: 04/28/2022) |
| 04/28/2022 | 40 | MOTION to Expedite *Limited*, MOTION for Discovery by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Attachments: # 1 Proposed Order (PDF Only))(Erickson, Amy) (Entered: 04/28/2022) |
| 04/29/2022 | 41 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 04/29/2022 re 40 Motion for Limited Expedited Discovery. Defendants shall respond to plaintiffs' motion for expedited discovery on or before **Wednesday, May 4, 2022 at 5:00 p.m.** Text Only Entry (pabsec, ) (Entered: 04/29/2022) |
| 04/29/2022 | 42 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 4/29/2022, re: 5 MOTION for Temporary Restraining Order. **ORDERED** that the Court will hold a full–day preliminary injunction hearing on **June 2, 2022 at 8:30 a.m. ORDERED** that the parties shall exchange exhibits, and submit to the Court electronically, on or before **May 23, 2022 at 5:00 p.m.** (sphil, ) (Entered: 04/29/2022) |
| 05/02/2022 | 43 | RESPONSE to 40 MOTION to Expedite *Limited* MOTION for Discovery filed by Defendants Ashley Epp, Holly Kasun, Shawn Smith, United States Election Integrity Plan. (Hays, Jessica) (Entered: 05/02/2022) |
| 05/06/2022 | 44 | ORDER by Chief Judge Philip A. Brimmer on 5/6/2022, re: 40 plaintiffs' Motion for Limited Expedited Discovery is **DENIED**. (sphil, ) (Entered: 05/06/2022) |

| 05/12/2022 | 45 | MOTION to Withdraw 5 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *against all defendants* by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 05/12/2022) |
| 05/12/2022 | 46 | ORDER by Chief Judge Philip A. Brimmer on 5/12/2022 re: 45 Motion to Withdraw is **GRANTED**. The portion of Plaintiff's 5 Motion for a Temporary Restraining Order and Preliminary Injunction requesting a preliminary injunction is **WITHDRAWN**. The Preliminary Injunction Hearing set for June 2, 2022 is **VACATED**. The portion of Docket No. 29 requesting an expedited preliminary hearing is **DENIED as moot**. Text Only Entry(pabsec, ) (Entered: 05/12/2022) |
| 05/12/2022 | 47 | NOTICE of Entry of Appearance *of Dion Farganis* by Dion Richard Farganis on behalf of Colorado Montana Wyoming State Area Conference of the NAACPAttorney Dion Richard Farganis added to party Colorado Montana Wyoming State Area Conference of the NAACP(pty:pla) (Farganis, Dion) (Entered: 05/12/2022) |
| 05/12/2022 | 48 | ANSWER to 1 Complaint,, , COUNTERCLAIM against Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota by Ashley Epp, United States Election Integrity Plan, Holly Kasun, Shawn Smith.(Hays, Jessica) (Entered: 05/12/2022) |
| 06/02/2022 | 49 | MOTION to Dismiss *Counterclaims for Defamation and Abuse of Process* by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Attachments: # 1 Proposed Order (PDF Only))(Erickson, Amy) (Entered: 06/02/2022) |
| 06/17/2022 | 50 | RESPONSE to 49 MOTION to Dismiss *Counterclaims for Defamation and Abuse of Process* filed by Defendants Ashley Epp, Holly Kasun, Shawn Smith, United States Election Integrity Plan. (Hays, Jessica) (Entered: 06/17/2022) |
| 06/28/2022 | 51 | Proposed Scheduling Order *and Rule 26(f) Report* by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Attachments: # 1 Exhibit A)(Erickson, Amy) (Entered: 06/28/2022) |
| 06/30/2022 | 52 | REPLY to Response to 49 MOTION to Dismiss *Counterclaims for Defamation and Abuse of Process* filed by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 06/30/2022) |
| 08/01/2022 | 53 | REASSIGNMENT OF JUDGE. This action is reassigned to Judge Charlotte N. Sweeney upon her appointment. Unless otherwise ordered, the dates and times for all previously scheduled matters will be maintained and will now be handled by Judge Sweeney in Courtroom 204 in the Byron Rogers Courthouse. Her chambers are located in C−253 and her telephone number is (303) 335−2610. All future pleadings should be designated as 22−cv−00581−CNS. (Text only entry) (agarc, ) (Entered: 08/01/2022) |
| 08/05/2022 | 54 | MOTION for Judgment on the Pleadings by Defendants Ashley Epp, Holly Kasun, Shawn Smith, United States Election Integrity Plan. (Hays, Jessica) (Entered: 08/05/2022) |
| 08/26/2022 | 55 | RESPONSE to 54 MOTION for Judgment on the Pleadings filed by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 08/26/2022) |
| 08/29/2022 | 56 | Proposed Scheduling Order *and Rule 26(f) Report (Amended)* by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 08/29/2022) |

| 08/29/2022 | 57 | ORDER REFERRING CASE to Magistrate Judge N. Reid Neureiter **non–dispositive matters**. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of Local Civ. R. 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determine pretrial matters, including discovery and other non–dispositive motions, (4) pursuant to Local Civ. R. 16.6 and at the discretion of the Magistrate Judge, convene such early neutral evaluation and/or settlement conferences and direct related procedures as may facilitate resolution of this case without the necessity of a motion or prior authorization of the undersigned. By Judge Charlotte N. Sweeney on 8/29/2022. Text Only Entry (cnssec. ) (Entered: 08/29/2022) |
| --- | --- | --- |
| 08/30/2022 | 58 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 30 August 2022. It is hereby ORDERED that a Scheduling Conference is set for September 13, 2022 at 9:30 a.m. The parties are directed to call the conference line as a participant at (888) 398–2342, Access Code 5755390# at the scheduled time. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 08/30/2022) |
| 09/06/2022 | 59 | REPLY to Response to 54 MOTION for Judgment on the Pleadings filed by Defendants Ashley Epp, Holly Kasun, Shawn Smith, United States Election Integrity Plan. (Hays, Jessica) (Entered: 09/06/2022) |
| 09/13/2022 | 60 | MINUTE ENTRY for proceedings held before Magistrate Judge N. Reid Neureiter: Telephonic Scheduling Conference held on 9/13/2022. Discovery due by 12/2/2022. Dispositive Motions due by 12/16/2022. A Discovery Conference is set for September 22, 2022 at 2:00 p.m. before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294.The parties are directed to prepare and email to Chambers (Neureiter_chambers@cod.uscourts.gov) by 12:00 PM on September 21, 2022 a short (no longer than five pages each, ten pages total) joint statement setting forth each side's respective position concerning the dispute. The parties are advised that the joint statement will be attached to the courtroom minutes and made a part of the record. If the parties resolve the dispute, then they shall jointly contact Judge Neureiter's Chambers to vacate the hearing. FTR: Courtroom C203. (rvill, ) (Entered: 09/13/2022) |
| 09/13/2022 | 61 | SCHEDULING ORDER by Magistrate Judge N. Reid Neureiter on September 13, 2022. (rvill, ) (Entered: 09/13/2022) |
| 09/20/2022 | 62 | MINUTE ORDER: A Final Pretrial Conference is set for 5/12/2023 at 8:30 AM in Courtroom C204 before Judge Charlotte N. Sweeney. The parties' Proposed Pretrial Order is due by 5/5/2023. By Judge Charlotte N. Sweeney on 9/20/2022. Text Only Entry (cnssec. ) (Entered: 09/20/2022) |
| 09/21/2022 | 63 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 21 September 2022. In light of the parties' Joint Statement submitted to chambers, it is hereby ORDERED that the Discovery Hearing set for September 22, 2022 at 2:00 p.m. is VACATED. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 09/21/2022) |
| 10/19/2022 | 64 | MOTION for Protective Order by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) Modified on 10/19/2022 to edit event type per chambers. (sphil, ). (Entered: 10/19/2022) |
| 10/19/2022 | 65 | MEMORANDUM regarding 64 MOTION for Protective Order. Motion 64 is referred to Magistrate Judge N. Reid Neureite, by Judge Charlotte N. Sweeney on 10/19/2022. Text Only Entry (cnssec.) (Entered: 10/19/2022) |

| 10/19/2022 | 66 | MINUTE ORDER by Magistrate Judge N. Reid Neureiter on October 19, 2022. The Stipulation and Proposed Protective Order [Motion] (Dkt. # 64 ) is GRANTED. The Protective Order is APPROVED and made an Order of Court. (rvill, ) (Entered: 10/19/2022) |
| 10/19/2022 | 67 | PROTECTIVE ORDER by Magistrate Judge N. Reid Neureiter on October 19, 2022. (rvill, ) (Entered: 10/19/2022) |
| 11/11/2022 | 68 | CERTIFICATE of Mailing/Service *Plaintiffs' Expert Witness Disclosures* by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 11/11/2022) |
| 11/21/2022 | 69 | NOTICE of Entry of Appearance by Kristin M. Stock on behalf of All Plaintiffs Attorney Kristin M. Stock added to party Colorado Montana Wyoming State Area Conference of the NAACP(pty:pla), Attorney Kristin M. Stock added to party League of Women Voters of Colorado(pty:pla), Attorney Kristin M. Stock added to party Mi Familia Vota(pty:pla) (Stock, Kristin) (Entered: 11/21/2022) |
| 12/02/2022 | 70 | MOTION for Summary Judgment by Defendants Ashley Epp, Holly Kasun, Shawn Smith, United States Election Integrity Plan. (Attachments: # 1 Exhibit 1– Prescott Deposition Transcript, # 2 Exhibit 2– Hendrix Deposition Transcript, # 3 Exhibit 3– Hernandez Deposition Transcript)(Hays, Jessica) (Entered: 12/02/2022) |
| 12/16/2022 | 71 | MOTION to Exclude *Expert Testimony* by Defendants Ashley Epp, Holly Kasun, Shawn Smith, United States Election Integrity Plan. (Attachments: # 1 Exhibit 1– Expert Opinion, # 2 Exhibit 2– Smith Deposition Transcript)(Hays, Jessica) (Entered: 12/16/2022) |
| 12/23/2022 | 72 | RESPONSE to 70 MOTION for Summary Judgment filed by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Attachments: # 1 Exhibit A – County & Local Organizing Playbook, dated August, 2021, # 2 Exhibit B – Colorado Canvassing Report, dated 3/11/2022, # 3 Exhibit C – 11/21/2022 Deposition of Salvador Hernandez – Transcript Excerpts, # 4 Exhibit D – 11/22/2022 Deposition of Portia Prescott – Transcript Excerpts, # 5 Exhibit E –11/23/2022 Deposition of Beth Hendrix Nieland – Transcript Excerpts, # 6 Exhibit F – Plaintiffs Second Amended Rule 26(A)(1) Disclosures, dated 12/2/2022, # 7 Exhibit G – 11/29/2022 Deposition of USEIP – Transcript Excerpts, # 8 Exhibit H – 8/16/2022 Deposition of Holly Kasun – Transcript Excerpts, # 9 Exhibit I – 8/15/2022 Deposition of Shawn Smith – Transcript Excerpts, # 10 Exhibit J – 8/23/2022 Deposition of Ashley Epp – Transcript Excerpts, # 11 Exhibit K – Hitchhikers Guide to Election Fraud Analytics, # 12 Exhibit L – April, 2021, Messages from Basecamp, # 13 Exhibit M – May, 2021, Messages from Basecamp, # 14 Exhibit N – April, 2021, Messages from Basecamp, # 15 Exhibit O – 10/5/2022 Deposition of Jeffrey Young – Transcript Excerpts)(Erickson, Amy) (Entered: 12/23/2022) |
| 12/23/2022 | 73 | DECLARATION of *Yvette Roberts* regarding MOTION for Summary Judgment 70 by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 12/23/2022) |
| 01/03/2023 | 74 | USA STATEMENT of Interest re 70 MOTION for Summary Judgment *Statement of Interest of the United States* by Interested Party United States of America. (Wu, Zeyen) Modified on 1/4/2023 to edit text. (sphil, ). (Entered: 01/03/2023) |
| 01/06/2023 | 75 | RESPONSE to 71 MOTION to Exclude *Expert Testimony of Professor Atiba Ellis* filed by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 01/06/2023) |
| 01/06/2023 | 76 | |

| | | |
|---|---|---|
| | | REPLY to Response to 70 MOTION for Summary Judgment filed by Defendants Ashley Epp, Holly Kasun, Shawn Smith, United States Election Integrity Plan. (Attachments: # 1 Exhibit 1– Ashley Epp Deposition Transcript, # 2 Exhibit 2– Jeff Young Deposition Transcript, # 3 Exhibit 3– Jeff Young Declaration, # 4 Exhibit 4– Cory Anderson Declaration, # 5 Exhibit 5– USEIP 30(b)(6) Deposition Transcript, # 6 Exhibit 6– Holly Kasun Deposition Transcript, # 7 Exhibit 7– Shawn Smith Deposition Transcript, # 8 Exhibit 8– USEIP Training Materials, # 9 Exhibit 9– Photographs, # 10 Exhibit 10– Beth Hendrix Deposition Transcript)(Hays, Jessica) (Entered: 01/06/2023) |
| 01/16/2023 | 77 | RESPONSE to 74 Statement by Defendants Ashley Epp, Holly Kasun, Shawn Smith, United States Election Integrity Plan. (Hays, Jessica) (Entered: 01/16/2023) |
| 01/20/2023 | 78 | REPLY to Response to 71 MOTION to Exclude *Expert Testimony* filed by Defendants Ashley Epp, Holly Kasun, Shawn Smith, United States Election Integrity Plan. (Hays, Jessica) (Entered: 01/20/2023) |
| 01/23/2023 | 79 | MOTION to Withdraw as Attorney by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Day, Reid) (Entered: 01/23/2023) |
| 01/23/2023 | 80 | ORDER denying 79 Motion to Withdraw as Attorney. Denied for failure to comply with D.C.COLO.LAttyR 5(b). By Judge Charlotte N. Sweeney on 1/23/2023. Text Only Entry(cnssec.) (Entered: 01/23/2023) |
| 01/23/2023 | 81 | ORDER granting 49 Plaintiffs' Motion to Dismiss. Defendants' counterclaims for defamation and abuse of process are DISMISSED. by Judge Charlotte N. Sweeney on 1/23/23. Text Only Entry(jdyne) (Entered: 01/23/2023) |
| 01/23/2023 | 82 | MOTION to Withdraw as Attorney by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Day, Reid) (Entered: 01/23/2023) |
| 01/23/2023 | 83 | ORDER granting 82 Motion to Withdraw as Attorney. Attorney Reid Kelly Day is withdrawn. By Judge Charlotte N. Sweeney on 1/23/2023. Text Only Entry(cnssec. ) (Entered: 01/23/2023) |
| 01/31/2023 | 84 | ORDER denying 54 Motion for Judgment on the Pleadings; granting in part and denying in part 70 Motion for Summary Judgment by Judge Charlotte N. Sweeney on 1/31/23.(jdyne) (Entered: 01/31/2023) |
| 02/20/2023 | 85 | MOTION to Clarify re 81 Order on Motion to Dismiss by Counter Claimants Ashley Epp, Holly Kasun, Shawn Smith. (Hays, Jessica) (Entered: 02/20/2023) |
| 03/13/2023 | 86 | RESPONSE to 85 MOTION to Clarify re 81 Order on Motion to Dismiss filed by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 03/13/2023) |
| 03/31/2023 | 87 | ORDER granting 85 MOTION to Clarify re 81 Order on Motion to Dismiss. Defendants' filed a Motion for Clarification of this Court's Order from January 23, 2023 (ECF No. 81 ), regarding whether their counterclaims were dismissed with prejudice. The Court ruled that Defendants' defamation counterclaim was denied for failure to state a claim because the allegedly defamatory statements are contained within the Complaint and therefore absolutely privileged. This counterclaim was dismissed with prejudice. The Court also ruled that Defendants' second counterclaim, abuse of process, raised arguments that should have been brought under Federal Rule of Civil Procedure 12(b)(6). This counterclaim was also dismissed with prejudice because Defendants had the opportunity to file a Rule 12(b)(6) motion and failed to do so. The Court finds no reason to reconsider its prior order and will not do so. By Judge Charlotte N. Sweeney on |

| | | |
|---|---|---|
| | | 3/31/2023. Text Only Entry(cnssec. ) (Entered: 03/31/2023) |
| 05/03/2023 | 88 | MOTION for Leave to Appear *Remotely* by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 05/03/2023) |
| 05/05/2023 | 89 | ORDER granting 88 MOTION for Leave to Appear Remotely. The Court will hold the Final Pretrial Conference set 5/12/2023 at 8:30 a.m. telephonically. The parties are directed to dial (571) 353–2301 and enter Access Code 770126989# when prompted. By Judge Charlotte N. Sweeney on 5/5/2023. Text Only Entry(cnssec. ) (Entered: 05/05/2023) |
| 05/05/2023 | 90 | Proposed Pretrial Order by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 05/05/2023) |
| 05/11/2023 | 91 | MOTION to Amend/Correct/Modify 90 Proposed Pretrial Order by Defendants Ashley Epp, Holly Kasun, Shawn Smith. (Attachments: # 1 Exhibit Amended Proposed Pretrial Order)(Hays, Jessica) (Entered: 05/11/2023) |
| 05/12/2023 | 92 | MINUTE ENTRY for proceedings held before Judge Charlotte N. Sweeney: Final Pretrial Conference held on 5/12/2023. 91 Motion for Leave to Amend Proposed Pretrial Order is DENIED as moot. Four–day Bench Trial set to commence 2/5/2024 at 8:30 AM in Courtroom A 702 before Judge Charlotte N. Sweeney with a Trial Preparation Conference on 1/23/2024 at 1:00 PM in Courtroom A 702 before Judge Charlotte N. Sweeney. Court Reporter: Sarah Mitchell. (jdyne, ) (Entered: 05/12/2023) |
| 05/12/2023 | 93 | ORDER SETTING TRIAL: Four–day Bench Trial set to commence 2/5/2024 at 8:30 AM in Courtroom A 702 before Judge Charlotte N. Sweeney with a Trial Preparation Conference on 1/23/2024 at 1:00 PM in Courtroom A 702 before Judge Charlotte N. Sweeney. by Judge Charlotte N. Sweeney on 5/12/23. (jdyne) (Entered: 05/12/2023) |
| 05/15/2023 | 94 | Proposed Pretrial Order by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Breese, Casey) (Entered: 05/15/2023) |
| 05/16/2023 | 95 | FINAL PRETRIAL ORDER by Judge Charlotte N. Sweeney on 5/16/23. (jdyne) (Entered: 05/16/2023) |
| 06/07/2023 | 96 | ORDER denying 71 Motion to Exclude Testimony of Atiba Ellis by Judge Charlotte N. Sweeney on 6/7/23.(jdyne) (Main Document 96 replaced on 6/7/2023 with executed signature page) (jdyne). (Entered: 06/07/2023) |
| 12/29/2023 | 97 | MOTION to Withdraw as Attorney by Defendants Ashley Epp, Holly Kasun. (Attachments: # 1 Proposed Order (PDF Only))(Hays, Jessica) (Entered: 12/29/2023) |
| 01/02/2024 | 98 | ORDER granting 97 Motion to Withdraw as Attorney. Attorney Jessica Lynn Hays and R. Scott Reisch are withdrawn as to Defendants Epps and Kasun. The Court orders that Defendants Epps and Kasun notify the Court and all parties on or before 1/5/2024 of their up–to–date contact information. By Judge Charlotte N. Sweeney on 1/2/2024. Text Only Entry(cnsja.) (Entered: 01/02/2024) |
| 01/02/2024 | 99 | MOTION in Limine by Defendant Shawn Smith. (Attachments: # 1 Exhibit, # 2 Proposed Order (PDF Only))(Hays, Jessica) (Entered: 01/02/2024) |
| 01/02/2024 | 102 | NOTICE of Change of Address/Contact Information by Defendant Holly Kasun (sphil, ) (Entered: 01/04/2024) |

| 01/03/2024 | 100 | NOTICE *of Withdrawal of Counsel* by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota (Farganis, Dion) (Entered: 01/03/2024) |
| 01/03/2024 | 101 | MINUTE ORDER re: 100 NOTICE of Withdrawal of Counsel filed by Mi Familia Vota, Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado. The Court will not act on a Notice of Withdrawal of Counsel. Consistent with this Court's Local Rules (See D.C.COLO.LAttyR 5(b)), please file a motion. By Judge Charlotte N. Sweeney on 1/3/2024. Text Only Entry (cnsja. ) Modified on 1/3/2024 to correct text. (cnsja.). (Entered: 01/03/2024) |
| 01/03/2024 | 103 | NOTICE of Change of Address/Contact Information by Defendant Ashley Epp (sphil, ) (Entered: 01/04/2024) |
| 01/04/2024 | 104 | First MOTION to Continue *Hearing* by Defendant Holly Kasun. (Kasun, Holly) (Entered: 01/04/2024) |
| 01/05/2024 | 105 | RESPONSE to 104 First MOTION to Continue *Hearing or Trial* filed by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 01/05/2024) |
| 01/05/2024 | 106 | MINUTE ORDER re: 104 First Motion to Continue Hearing filed by Holly Kasun. The Court is in receipt of the Plaintiffs' Response to Defendant Kasun's Motion to Continue. The Court requests that all other parties file a Response on or before 1/11/2024. By Judge Charlotte N. Sweeney on 1/5/2024. Text Only Entry (cnsja.) (Entered: 01/05/2024) |
| 01/08/2024 | 107 | First MOTION to Continue *Trial or Hearing* by Defendant Ashley Epp. (Epp, Ashley) (Entered: 01/08/2024) |
| 01/09/2024 | 108 | RESPONSE to 107 First MOTION to Continue *Trial or Hearing*, 104 First MOTION to Continue *Hearing of Hearing or Trial* filed by Defendant Ashley Epp. (Attachments: # 1 Exhibit Yvette Roberts Statements, # 2 Exhibit COSOS Investigation, # 3 Deposition Excerpts Plaintiff Deposition Excerpts, # 4 Exhibit LWV Safety Plan)(Epp, Ashley) (Entered: 01/09/2024) |
| 01/09/2024 | 109 | RESPONSE to 99 MOTION in Limine *by Defendant Shawn Smith* filed by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 01/09/2024) |
| 01/09/2024 | 110 | RESPONSE to 104 First MOTION to Continue *Hearing*, 107 First MOTION to Continue *Trial or Hearing* filed by Defendant Shawn Smith. (Hays, Jessica) (Entered: 01/09/2024) |
| 01/09/2024 | 111 | RESPONSE to 99 MOTION in Limine *IN SUPPORT* filed by Defendant Ashley Epp. (Epp, Ashley) (Entered: 01/09/2024) |
| 01/09/2024 | 112 | RESPONSE to 99 MOTION in Limine *In Support* filed by Defendant Holly Kasun. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Kasun, Holly) (Entered: 01/09/2024) |
| 01/10/2024 | 113 | RESPONSE to 108 Response to Motion, 107 First MOTION to Continue *Trial or Hearing* by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 01/10/2024) |
| 01/10/2024 | 114 | REPLY to Response to 104 First MOTION to Continue *Hearing*, 107 First MOTION to Continue *Trial or Hearing IN SUPPORT* filed by Defendant Ashley Epp. (Attachments: # 1 Exhibit Communications re: Intimidation)(Epp, Ashley) (Entered: 01/10/2024) |
| 01/11/2024 | 115 | REPLY to Response to 104 First MOTION to Continue *Hearing*, 107 First MOTION to Continue *Trial or Hearing* filed by Defendant Holly Kasun. (Attachments: # 1 Exhibit Exhibit 1, # 2 |

| | | Exhibit Exhibit 2, # <u>3</u> Exhibit Exhibit 3)(Kasun, Holly) (Entered: 01/12/2024) |
|---|---|---|
| 01/16/2024 | 116 | MINUTE ORDER re: <u>104</u> First Motion to Continue *Hearing* filed by Holly Kasun and <u>107</u> First Motion to Continue *Trial or Hearing* filed by Ashley Epp. A Hearing on the pending motions to continue is set for 1/17/2024 at 1:00 PM before Judge Charlotte N. Sweeney. The hearing will be held by video teleconference. The Court's staff will provide connection information to the parties by separate email. By Judge Charlotte N. Sweeney on 1/16/2024. Text Only Entry (cnsja. ) (Entered: 01/16/2024) |
| 01/16/2024 | <u>117</u> | Witness List by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 01/16/2024) |
| 01/16/2024 | <u>118</u> | Witness List by Defendant Shawn Smith. (Hays, Jessica) (Entered: 01/16/2024) |
| 01/16/2024 | <u>119</u> | Exhibit List *(Joint)* by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 01/16/2024) |
| 01/16/2024 | <u>120</u> | Witness List *Epp and Kasun* by Defendants Ashley Epp, Holly Kasun. (Epp, Ashley) (Entered: 01/16/2024) |
| 01/17/2024 | <u>121</u> | MOTION for Recusal by Defendant Shawn Smith. (Attachments: # <u>1</u> Exhibit 1– DU on the Bench, # <u>2</u> Exhibit 2– Matthew Shepard Foundation, # <u>3</u> Exhibit 3– FEC Report)(Hays, Jessica) (Entered: 01/17/2024) |
| 01/17/2024 | 122 | ORDER granting <u>104</u> Motion to Continue; finding as moot <u>107</u> Motion to Continue. Due to a water main break, the Arraj courthouse has been evacuated and closed for the day and the Court will be unable to proceed with the 1:00 p.m. hearing. Today's hearing is VACATED. However, the Court grants Defendant Kasun's First Motion to Continue <u>104</u> . The Bench Trial set for 2/5/2024 is VACATED. The Trial Preparation Conference set for 1/23/2024 at 1:00 is converted into a Status Conference (by Video Teleconference) at which time to Court will reset the trial and the trial preparation conference. The Court finds Defendant Epp's Motion to Continue <u>107</u> to be moot. The Court strongly encourages the parties to review the Uniform Civil Practice Standards, particularly as they relate to page–limitations for motions, responses, and replies. By Judge Charlotte N. Sweeney on 1/17/2024. Text Only Entry(cnsja. ) (Entered: 01/17/2024) |
| 01/22/2024 | <u>123</u> | NOTICE of Entry of Appearance by Amira Marcella Mattar on behalf of Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia VotaAttorney Amira Marcella Mattar added to party Colorado Montana Wyoming State Area Conference of the NAACP(pty:pla), Attorney Amira Marcella Mattar added to party League of Women Voters of Colorado(pty:pla), Attorney Amira Marcella Mattar added to party Mi Familia Vota(pty:pla) (Mattar, Amira) (Entered: 01/22/2024) |
| 01/22/2024 | <u>124</u> | First MOTION for Leave to *Reopen Limited Discovery* by Defendant Holly Kasun. (Kasun, Holly) (Entered: 01/22/2024) |
| 01/23/2024 | <u>125</u> | MINUTE ENTRY for proceedings held before Judge Charlotte N. Sweeney: Status Conference via Video Teleconference held on 1/23/2024. <u>121</u> Motion to Recuse Judge Sweeney is DENIED. <u>124</u> Motion for Leave to Reopen Limited Discovery is DENIED. Five–day Jury Trial set to commence 7/15/2024 at 8:00 AM in Courtroom A 702 before Judge Charlotte N. Sweeney with a Trial Preparation Conference on 6/21/2024 at 9:00 AM in Courtroom A 702 before Judge Charlotte N. Sweeney. Court Reporter: Sarah Mitchell. (jdyne) (Entered: 01/23/2024) |
| 01/23/2024 | <u>126</u> | AMENDED MINUTE ENTRY for proceedings held before Judge Charlotte N. Sweeney re <u>125</u> Status Conference via Video Teleconference held on 1/23/2024. Amended to reflect Bench Trial (not Jury Trial), as indicated. Court Reporter: Sarah Mitchell. (jdyne) (Entered: 01/23/2024) |

| 01/23/2024 | 127 | AMENDED ORDER SETTING TRIAL: Five–day Bench trial set to commence 7/15/2024 at 8:30 a.m. with a Trial Preparation Conference on 6/21/2024 at 9:00 a.m. By Judge Charlotte N. Sweeney on 1/23/24. (jdyne) (Entered: 01/23/2024) |
| 02/27/2024 | 128 | First MOTION for Sanctions *Emergency Under FRCP 26 & 37* by Defendant Holly Kasun. (Attachments: # 1 Deposition Excerpts Exhibit 1_ B. Hendrix LWV, # 2 Exhibit Exhibit 2_Pltf initial disclosures, # 3 Exhibit Exhibit 3_Pltf amended disclosures, # 4 Deposition Excerpts Exhibit 4_ P. Prescott NAACP, # 5 Deposition Excerpts Exhibit 5_ S.H. MFV, # 6 Exhibit Exhibit 6_Def Initial disclosures, # 7 Exhibit Exhibit 7_ Quick Ref. Guide Pltf violations, # 8 Exhibit Exhibit 8_LWV interrog, # 9 Exhibit Exhibit 9_ NAACP interrog, # 10 Exhibit Exhibit 10_MFV interrog, # 11 Exhibit Exhibit 11_pltf comm missing docs, # 12 Exhibit Exhibit 12_Def priv log)(Kasun, Holly) (Entered: 02/27/2024) |
| 03/12/2024 | 129 | RESPONSE to 128 First MOTION for Sanctions *Emergency Under FRCP 26 & 37* filed by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 03/12/2024) |
| 03/12/2024 | 130 | DECLARATION of *Amy Erickson* regarding First MOTION for Sanctions *Emergency Under FRCP 26 & 37* 128 by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Erickson, Amy) (Entered: 03/12/2024) |
| 03/22/2024 | 131 | Renewed COUNTERCLAIM *Abuse of Process* against All Plaintiffs, filed by Ashley Epp, Holly Kasun. (Attachments: # 1 Exhibit Plaintiff Open Records Request, # 2 Exhibit James Cannon to SecState and AG, # 3 Exhibit Grand Junction Police Department –– No record of investigation, # 4 Exhibit Mesa County Sheriffs –– No record of investigation, # 5 Exhibit James Cannon –– cant recall records, # 6 Exhibit Full production from Mesa (1/2), # 7 Exhibit Full production from Mesa (2/2), # 8 Exhibit SecState –– First mention of VRA, # 9 Exhibit SecState –– Connects with Yvette Roberts)(Epp, Ashley) Modified on 3/25/2024 to edit event type per chambers. (sphil, ). (Entered: 03/22/2024) |
| 03/22/2024 | 132 | ERRATA re 131 Counterclaim,, *Abuse of Process* by Defendants Ashley Epp, Holly Kasun. (Attachments: # 1 Proposed Document Pleading updated to amend date of service)(Epp, Ashley) (Entered: 03/22/2024) |
| 03/26/2024 | 133 | REPLY to Response to 128 First MOTION for Sanctions *Emergency Under FRCP 26 & 37 Reply to Plaintiffs Response (ECF 129) to (ECF 128)* filed by Defendant Holly Kasun. (Kasun, Holly) (Entered: 03/26/2024) |
| 04/02/2024 | 134 | Amended COUNTERCLAIM *Abuse of Process* against All Plaintiffs, filed by Holly Kasun, Ashley Epp. (Attachments: # 1 Exhibit Unredacted Emails 1/2, # 2 Exhibit Unredacted Emails 2/2)(Epp, Ashley) Modified on 4/2/2024 to edit event type per chambers. (sphil, ). (Entered: 04/02/2024) |
| 04/11/2024 | 135 | MOTION to Withdraw as Attorney *Ronald Fein* by Counter Defendants Colorado Montana Wyoming State Area Conference of the NAACP, Colorado Montana Wyoming State Area Conference of the NAACP, Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, League of Women Voters of Colorado, League of Women Voters of Colorado, Mi Familia Vota, Mi Familia Vota, Mi Familia Vota, Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Fein, Ronald) (Entered: 04/11/2024) |
| 04/11/2024 | 136 | ORDER granting 135 Motion to Withdraw as Attorney. Attorney Ronald Andrew Fein is withdrawn. By Judge Charlotte N. Sweeney on 4/11/2024. Text Only Entry(cnsja, ) (Entered: 04/11/2024) |

| 04/12/2024 | 137 | RESPONSE to 134 MOTION for Order to, 131 MOTION for Order to filed by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Stock, Kristin) (Entered: 04/12/2024) |
| 04/17/2024 | 138 | REPLY to 137 Response to Motion *Counterclaim Abuse of Process* by Defendants Ashley Epp, Holly Kasun. (Epp, Ashley) (Entered: 04/17/2024) |
| 04/29/2024 | 139 | ORDER finding as moot 131 Renewed COUNTERCLAIM Abuse of Process. The Court finds the motion at ECF No. 131 to be moot in light of the filing of an Amended Motion at ECF No. 134 . By Judge Charlotte N. Sweeney on 4/29/2024. Text Only Entry(cnsja, ) (Entered: 04/29/2024) |
| 05/30/2024 | 140 | First MOTION in Limine by Defendant Ashley Epp. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order on Epp Motion in Limine)(Epp, Ashley) (Entered: 05/30/2024) |
| 05/31/2024 | 141 | MOTION in Limine by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Stock, Kristin) (Entered: 05/31/2024) |
| 05/31/2024 | 142 | First MOTION in Limine *to Exclude Certain Evidence and Admit Certain Evidence* by Defendant Holly Kasun. (Attachments: # 1 Proposed Order (PDF Only) Order Re: Defendant Kasun's MIL)(Kasun, Holly) (Entered: 05/31/2024) |
| 05/31/2024 | 143 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 141 MOTION in Limine filed by attorney **Kristin Stock**. **DO NOT REFILE THE DOCUMENT. Action to take –** counsel must submit a change of contact request through the Manage my Account tab at the PACER website at https://www.pacer.gov/, pursuant to D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Civil cases). (Text Only Entry) (sphil, ) (Entered: 06/03/2024) |
| 06/05/2024 | 144 | Unopposed MOTION for Leave to Appear *Virtually at the 6/21/2024 Trial Preparation Conference* by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 06/05/2024) |
| 06/06/2024 | 145 | ORDER granting in part and denying in part 144 Unopposed Motion for Leave to Appear Virtually at the 6/21/2024 Trial Preparation Conference. The Court will require lead counsel for Plaintiffs and lead counsel for Defendant Smith to appear in person. All others may appear via Video Teleconference. The Court's staff will provide connection instructions to the parties by email prior to the hearing. By Judge Charlotte N. Sweeney on 6/6/2024. Text Only Entry(cnsja, ) (Entered: 06/06/2024) |
| 06/06/2024 | 146 | RESPONSE to 141 MOTION in Limine filed by Defendant Ashley Epp. (Epp, Ashley) (Entered: 06/06/2024) |
| 06/06/2024 | 147 | RESPONSE to 141 MOTION in Limine filed by Defendant Holly Kasun. (Kasun, Holly) (Entered: 06/06/2024) |
| 06/07/2024 | 148 | RESPONSE to 142 First MOTION in Limine *to Exclude Certain Evidence and Admit Certain Evidence* filed by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 06/07/2024) |
| 06/07/2024 | 149 | RESPONSE to 140 First MOTION in Limine filed by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 06/07/2024) |
| 06/10/2024 | 150 | NOTICE *of Attorney Appearance* by Defendant Holly Kasun (Wynne, Michael) (Entered: 06/10/2024) |

| 06/11/2024 | 151 | NOTICE of Entry of Appearance by Cameron C. Powell on behalf of Holly KasunAttorney Cameron C. Powell added to party Holly Kasun(pty:dft) (Powell, Cameron) (Entered: 06/11/2024) |
|---|---|---|
| 06/11/2024 | 152 | ORDER denying 99 Motion in Limine; denying 128 Motion for Sanctions; denying 134 Motion for Order; granting in part and denying in part 140 Motion in Limine; granting in part and denying in part 141 Motion in Limine; granting in part and taking under advisement 142 Motion in Limine. By Judge Charlotte N. Sweeney on 6/11/24.(jdyne) (Entered: 06/11/2024) |
| 06/13/2024 | 153 | Witness List *with Time Allocation* by Defendant Ashley Epp. (Epp, Ashley) (Entered: 06/13/2024) |
| 06/14/2024 | 154 | Witness List by Defendant Shawn Smith. (Hays, Jessica) (Entered: 06/14/2024) |
| 06/14/2024 | 155 | Witness List by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 06/14/2024) |
| 06/14/2024 | 156 | Witness List by Defendant Holly Kasun. (Wynne, Michael) (Entered: 06/14/2024) |
| 06/14/2024 | 157 | Exhibit List *(Joint)* by Defendants Ashley Epp, Holly Kasun, Shawn Smith. (Wynne, Michael) (Entered: 06/14/2024) |
| 06/18/2024 | 158 | TRIAL BRIEF by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 06/18/2024) |
| 06/18/2024 | 159 | Proposed Findings of Fact *and Conclusions of Law* by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Hostetler, Courtney) (Entered: 06/18/2024) |
| 06/19/2024 | 160 | TRIAL BRIEF by Defendant Ashley Epp. (Epp, Ashley) (Entered: 06/19/2024) |
| 06/19/2024 | 161 | Proposed Findings of Fact by Defendant Ashley Epp. (Epp, Ashley) (Entered: 06/19/2024) |
| 06/19/2024 | 162 | Proposed Findings of Fact by Defendant Holly Kasun. (Wynne, Michael) (Entered: 06/19/2024) |
| 06/19/2024 | 163 | TRIAL BRIEF by Defendant Holly Kasun. (Wynne, Michael) (Entered: 06/19/2024) |
| 06/19/2024 | 164 | TRIAL BRIEF by Defendant Shawn Smith. (Hays, Jessica) (Entered: 06/19/2024) |
| 06/19/2024 | 165 | Proposed Findings of Fact *and Conclusions of Law* by Defendant Shawn Smith. (Hays, Jessica) (Entered: 06/19/2024) |
| 06/21/2024 | 166 | MINUTE ENTRY for proceedings held before Judge Charlotte N. Sweeney: Trial Preparation Conference held on 6/21/2024. Court Reporter: Sarah Mitchell. (kmyha) (Entered: 06/21/2024) |
| 06/28/2024 | 167 | Witness List by Defendant Holly Kasun. (Wynne, Michael) (Entered: 06/28/2024) |
| 07/05/2024 | 168 | MOTION to Strike *Certain Witnesses* by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Stock, Kristin) (Entered: 07/05/2024) |
| 07/08/2024 | 169 | MINUTE ORDER re: 168 Motion to Strike Certain Witnesses. The Court orders that Defendant Kasun respond to the Motion 168 on or before 7/10/2024. By Judge Charlotte N. Sweeney on 7/8/2024. Text Only Entry (cnsja, ) (Entered: 07/08/2024) |
| 07/10/2024 | 170 | Unopposed MOTION for Order to *Connect Public Conference Line for Trial* by Defendant Ashley Epp. (Epp, Ashley) (Entered: 07/10/2024) |
| 07/10/2024 | 171 | |

| | | RESPONSE to 168 MOTION to Strike *Certain Witnesses* filed by Defendant Holly Kasun. (Attachments: # 1 Exhibit)(Wynne, Michael) (Entered: 07/10/2024) |
|---|---|---|
| 07/12/2024 | 172 | Witness List by Defendant Holly Kasun. (Wynne, Michael) (Entered: 07/12/2024) |
| 07/12/2024 | 173 | Witness List by Defendant Shawn Smith. (Hays, Jessica) (Entered: 07/12/2024) |
| 07/12/2024 | 174 | Exhibit List *Final List of Joint Exhibits* by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 07/12/2024) |
| 07/12/2024 | 175 | ORDER granting 168 Motion to Strike Certain Witnesses. By Judge Charlotte N. Sweeney on 7/12/2024.(cnsja, ) (Entered: 07/12/2024) |
| 07/12/2024 | 176 | ORDER denying 170 Unopposed Motion for Order to Connect Public Conference Line for Trial. The Court declines to connect the public telephone line for a select few family members of one defendant as this trial will be held in–person in the courtroom and will be open to the general public to observe. By Judge Charlotte N. Sweeney on 7/12/2024. Text Only Entry(cnsja, ) (Entered: 07/12/2024) |
| 07/12/2024 | 177 | Witness List by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 07/12/2024) |
| 07/12/2024 | 178 | Witness List by Defendant Ashley Epp. (Epp, Ashley) (Entered: 07/12/2024) |
| 07/12/2024 | 179 | Witness List *AMENDED* by Defendant Ashley Epp. (Epp, Ashley) (Entered: 07/12/2024) |
| 07/12/2024 | 180 | Witness List *AMENDED* by Defendant Holly Kasun. (Wynne, Michael) (Entered: 07/12/2024) |
| 07/15/2024 | 181 | MINUTE ENTRY for proceedings held before Judge Charlotte N. Sweeney: Bench Trial Day One held on 7/15/2024. Opening statements given, evidence and testimony presented, trial continued. Court Reporter: Sarah Mitchell. (jdyne) (Entered: 07/15/2024) |
| 07/16/2024 | 182 | MINUTE ENTRY for proceedings held before Judge Charlotte N. Sweeney: Bench Trial Day Two held on 7/16/2024. Evidence and testimony presented, trial continued. Court Reporter: Sarah Mitchell. (jdyne) (Entered: 07/16/2024) |
| 07/17/2024 | 183 | MINUTE ENTRY for proceedings held before Judge Charlotte N. Sweeney: Bench Trial Day Three held on 7/17/2024. Evidence and testimony presented, trial continued. Court Reporter: Sarah Mitchell. (jdyne) (Entered: 07/17/2024) |
| 07/18/2024 | 184 | MINUTE ENTRY for proceedings held before Judge Charlotte N. Sweeney: Bench Trial Day Four held on 7/18/2024. Oral Motion for Judgment on Partial Findings under Fed. R. Civ. P. 52(c) is GRANTED, judgment to enter, trial concluded. Court Reporter: Sarah Mitchell. (jdyne) (Entered: 07/18/2024) |
| 07/18/2024 | 185 | FINAL JUDGMENT in favor of the defendants, Ashley Epp, Holly Kasun, and Shawn Smith, and against the plaintiffs, Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota. By Judge Charlotte N. Sweeney on 7/18/24. (jdyne) (Entered: 07/18/2024) |
| 07/26/2024 | 186 | TRANSCRIPT of Trial Preparation Conference held on June 21, 2024 before Judge Sweeney. Pages: 1–23.<br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made** |

| | | |
|---|---|---|
| | | **electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br>Transcript may only be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 07/26/2024) |
| 07/30/2024 | 187 | TRANSCRIPT of Bench Trial – Day 1 held on July 15, 2024 before Judge Sweeney. Pages: 1–303.<br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br>Transcript may only be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 07/30/2024) |
| 07/30/2024 | 188 | TRANSCRIPT of Bench Trial – Day 2 held on July 16, 2024 before Judge Sweeney. Pages: 304–563.<br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br>Transcript may only be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 07/30/2024) |
| 07/30/2024 | 189 | TRANSCRIPT of Bench Trial – Day 3 held on July 17, 2024 before Judge Sweeney. Pages: 564–819.<br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br>Transcript may only be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 07/30/2024) |
| 07/30/2024 | 190 | TRANSCRIPT of Bench Trial – Day 4 held on July 18, 2024 before Judge Sweeney. Pages: 820–836.<br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br>Transcript may only be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 07/30/2024) |

| 07/30/2024 | 191 | MOTION for Attorney Fees *and Costs* by Defendant Shawn Smith. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Exhibit)(Hays, Jessica) (Entered: 07/30/2024) |
|---|---|---|
| 08/01/2024 | 192 | First MOTION for Attorney Fees *OPPOSED* by Defendant Ashley Epp. (Attachments: # 1 Exhibit Attorney Fee Schedule, # 2 Exhibit Epp Declaration / Affidavit, # 3 Exhibit Epp CV, # 4 Exhibit Epp 2023 Income, # 5 Exhibit Estimate of Entitled Reisch Fees, # 6 Exhibit Prescott Tweets During Trial)(Epp, Ashley) (Entered: 08/01/2024) |
| 08/01/2024 | 193 | BILL OF Costs by Defendant Ashley Epp. (Attachments: # 1 Exhibit)(Epp, Ashley) Modified on 8/1/2024 to edit title per chambers. (sphil, ). (Entered: 08/01/2024) |
| 08/01/2024 | 194 | Amended BILL OF COSTS re: 193 Unopposed first bill of costs by Defendant Ashley Epp. (Epp, Ashley) Modified on 8/2/2024 to edit title per chambers. (sphil, ). (Entered: 08/01/2024) |
| 08/01/2024 | 195 | NON–STIPULATED Proposed Bill of Costs by Defendant Holly Kasun. Parties conferred on 8/1/2024.<br><br>The following category or categories remain under dispute: Fees of the Clerk. Fees and disbursements for printing. Fees for exemplification and copies of papers necessarily obtained for use in the case.<br><br>Per court procedure, any objection to the Proposed Bill of Costs is due within 14 days (Attachments: # 1 Affidavit, # 2 Affidavit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit)(Wynne, Michael) (Entered: 08/01/2024) |
| 08/01/2024 | 196 | STIPULATED Proposed Bill of Costs by Defendant Shawn Smith. Parties conferred on 8/1/2024.<br><br><br>The Proposed Bill of Costs is stipulated to in its entirety by all parties. No costs remain under dispute (Attachments: # 1 Itemized Expenses)(Hays, Jessica) (Entered: 08/01/2024) |
| 08/13/2024 | 197 | RESPONSE to 195 Proposed Bill of Costs,, by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota. (Erickson, Amy) (Entered: 08/13/2024) |
| 08/16/2024 | 198 | NOTICE OF APPEAL as to 185 Judgment, by Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, Mi Familia Vota (Filing fee $ 605, Receipt Number ACODC–9827127) (Erickson, Amy) (Entered: 08/16/2024) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-00581-CNS-NRN

COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP,
LEAGUE OF WOMEN VOTERS OF COLORADO,
MI FAMILIA VOTA,

      Plaintiffs,

v.

SHAWN SMITH,
ASHLEY EPP,
HOLLY KASUN,

      Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before United States District Judge Charlotte N. Sweeney and the Court rendered its findings of fact, conclusions of law, and granted the Oral Motion for Judgment on Partial Findings under Fed. R. Civ. P. 52(c) on July 18, 2024, in open court [Minute Entry at ECF No. 184]. It is

ORDERED that judgment is entered in favor of the defendants, Shawn Smith, Ashley Epp and Holly Kasun, and against the plaintiffs, Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota. It is

FURTHER ORDERED that as the prevailing party the defendants are awarded costs to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that the case is closed.

Dated at Denver, Colorado this 18th day of July, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   J Dynes _____

J DYNES
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00581-CNS-NRN

Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota,

            Plaintiffs,

 v.

United States Election Integrity Plan, Shawn Smith,
Ashley Epp, and Holly Kasun,

            Defendants.

---

## NOTICE OF APPEAL FROM FINAL JUDGMENT

---

Plaintiffs Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on July 18, 2024.

Dated:  August 16, 2024

        LATHROP GPM LLP

        By */s/ Amy Erickson*
        Casey Breese (#51448)
        Casey.breese@lathropgpm.com
        Jean Paul Bradshaw
        Jeanpaul.bradshaw@lathropgpm.com
        Kristin Stock
        Kristin.Stock@lathropgpm.com
        Brian A. Dillon
        Brian.dillon@lathropgpm.com
        Amy E. Erickson (#54710)
        Amy.erickson@lathropgpm.com
        1515 Wynkoop Street, Suite 600
        Denver, CO 80202
        Telephone: (720) 931-3200

64184741v1

Courtney Hostetler
chostetler@freespeechforpeople.org
John Bonifaz
jbonifaz@freespeechforpeople.org
Ben Clements
bclements@freespeechforpeople.org
Amira Marcella Mattar
amira@freespeechforpeople.org
FREE SPEECH FOR PEOPLE
48 N. Pleasant St.
Amherst, MA 01002
Telephone: (617) 249-3015

*Attorneys for Plaintiffs Colorado Montana Wyoming
State Area Conference of the NAACP,
League of Women Voters of Colorado, and
Mi Familia Vota*