UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

August 19, 2024

John C. Bonifaz
National Voting Rights Institute
One Broomfield Street, Third Floor
Boston, MA 02108-0000

Jean Paul Bradshaw
Lathrop GPM
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108

Casey Carlton Breese
Lathrop GPM LLP
675 15th Street
Suite 2650
Denver, CO 80202

Ben Clements
Free Speech For People
1320 Centre Street
Suite 405
Newton, MA

Brian Andrew Dillon
Amy Elizabeth Erickson
Kristin M. Stock
Lathrop GPM LLP
80 South 8th Street
Suite 500
Minneapolis, MN 55402

Dion Richard Farganis
Taft Stettinius & Hollister
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Courtney Marie Hostetler
Amira Marcella Mattar
Free Speech For People
48 North Pleasant Street
Suite 304
Amhurst, MA 01002


**RE:**  **24-1328, Colorado Montana Wyoming State, et al v. Smith, et al**
Dist/Ag docket: 1:22-CV-00581-CNS-NRN

Dear Counsel:

Your appeal has been docketed, and the appeal number is above.

**Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**In addition, all counselled entities** that are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement must do so **within 14 days of the date of this letter**. All parties must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1 for applicable disclosure requirements. All parties required to file a disclosure statement must do so even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:  Ashley Epp
Jessica Lynn Hays
Cameron C. Powell
Randy Scott Reisch
Michael J. Wynne

CMW/jjh