UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Colorado Montana Wyoming State Area Conference of the NAACP, et al.

v.

Shawn Smith, et al.

Case No. 24-1328

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Colorado Montana Wyoming Area Conference of the NAACP, League of Women Voters of

[Party or Parties][1]

Colorado, and Mi Familia Vota

Appellants _____, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

Bryan L. Sells
_____
Name of Counsel

/s/ Bryan L. Sells
_____
Signature of Counsel

PO Box 5493, Atlanta GA 31107 - 404-480-4212
_____
Mailing Address and Telephone Number

bryan@bryansellslaw.com
_____
E-Mail Address

_____
Name of Counsel

_____
Signature of Counsel

_____
Mailing Address and Telephone Number

_____
E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☑ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☐ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

August 29, 2024
_____
Date

/s/ Bryan L. Sells
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

2

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☑ On  August 29, 2024  I sent a copy of this Entry of Appearance
         [date]

Form to:  Ashley Epp (pro se)

at 1132 Koa Court, Castle Rock CO 80104,

the last known address/email address, by U.S. Mail, first class postage prepaid.
                                          [state method of service]


August 29, 2024
Date

/s/ Bryan L. Sells
Signature

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| **Colorado Montana Wyoming State Area Conference of the NAACP**, *et al.*, | Appeal No. 24-1328 |
| Appellants, | |
| vs. | **Certificate of Interested Persons** |
| **Shawn Smith**, *et al.*, | |
| Appellees. | |

The following individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation.

Bonifaz, John C.

Bradshaw, Jean Paul

Breese, Casey Carlton

Clements, Ben

Dillon, Brian Andrew

Erickson, Amy Elizabeth

Farganis, Dion Richard

Free Speech for People

Gregor Wynne Arney PLLC

Hays, Jessica Lynn

Hostetler, Courtney Marie

Lathrop GPM LLP

League of Women Voters of the United States

Mattar, Amira Marcella

National Association for the Advancement of Colored People

Powell, Cameron C.

Reisch Law Firm, LLC

Reisch, Randy Scott

Sells, Bryan L.

Stock, Kristin M.

The Law Office of Bryan L. Sells, LLC

United States Election Integrity Plan

Wynne, Michael J.

Dated: August 28, 2024

**/s/ Bryan L. Sells**
Georgia Bar No. 635562
Attorney for the Appellants
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com

3