UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 29, 2024

John C. Bonifaz
National Voting Rights Institute
One Broomfield Street, Third Floor
Boston, MA 02108-0000

Jean Paul Bradshaw
Lathrop GPM
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108

Casey Carlton Breese
Lathrop GPM
675 15th Street, Suite 2650
Denver, CO 80202

Ben Clements
Courtney Marie Hostetler
Amira Marcella Mattar
Free Speech For People
48 North Pleasant Street, Suite 304
Amhurst, MA 01002

Brian Andrew Dillon
Amy Elizabeth Erickson
Kristin M. Stock
Lathrop GPM
80 South 8th Street, Suite 500
Minneapolis, MN 55402

Dion Richard Farganis
Taft Stettinius & Hollister
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Mr. Bryan L. Sells
P.O. Box 5493
Atlanta, GA 31107-0493

**RE:**     **24-1328, Colorado Montana Wyoming State, et al v. Smith, et al**
             Dist/Ag docket: 1:22-CV-00581-CNS-NRN

Dear Counsel:

The district court transmitted notice that the record is complete to the clerk of this court on August 29, 2024. *See* 10th Cir. R. 11.1(A) and 31.1(A)(1).

Appellant's brief and appendix must be filed on or before October 8, 2024. Appellee may file a response brief within 30 days after service of appellant's brief. If a response brief is filed, Appellant may file a reply brief within 21 days after service of appellee's brief.

Briefs and appendices must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. Counsel are encouraged to utilize the court's Briefing and Appendix checklist when compiling their briefs and appendices. Motions for extension of time are disfavored and must comply with 10th Cir. R. 27.1 and 27.6.

Please contact this office if you have questions.

                                                                  Sincerely,

                                                                  Christopher M. Wolpert
                                                                  Clerk of Court

cc:      Ashley Epp
            Jessica Lynn Hays
            Cameron C. Powell
            Randy Scott Reisch
            Michael J. Wynne

CMW/sds