UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| Colorado Montana Wyoming State Area Conference of the NAACP, *et al*. <br><br> v. <br><br> Shawn Smith, *et al*. | Case No. 24-1328 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of _____Holly Kasun_____
[Party Name(s)]

certifies[1] as follows:

☐    The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

☒    There is no information to disclose pursuant to Fed. R. App. P. 26.1.

__September 3, 2024_____
Date

__/s/ *Michael J. Wynne*_____
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

1

## CERTIFICATE OF SERVICE

I hereby certify that:

☐ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒ On  September 3, 2024                    I sent a copy of this Disclosure Statement to:
　　　　　　　　　　　　[date]

Ashley Epp (pro se)
_____

at     1132 Koa Court, Castle Rock, CO 80104                                    ,

the last known address/email address, by     U.S. Mail, first class postage prepaid          .
　　　　　　　　　　　　　　　　　　　　　　　　　　[state method of service]

September 3, 2024
_____
Date

/s/ *Michael J. Wynne*
_____
Signature