UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

Colorado Montana Wyoming State
Area Conference of the NAACP, *et al.*

v.

Shawn Smith, *et al.*

Case No.  24-1328

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of _____Shawn Smith_____

[Party Name(s)]

certifies[1] as follows:

☐    The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

☒    There is no information to disclose pursuant to Fed. R. App. P. 26.1.

_ September 3, 2024_____
Date

_ /s/ *Michael J. Wynne*_____
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☐     All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒     On  September 3, 2024                          I sent a copy of this Disclosure Statement to:

                              [date]

Ashley Epp (pro se)

at    1132 Koa Court, Castle Rock, CO 80104                                             ,

the last known address/email address, by    U.S. Mail, first class postage prepaid          .

                                           [state method of service]

September 3, 2024
_____
Date

/s/ *Michael J. Wynne*
_____
Signature