UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Consent to Electronic Service

| | |
|---|---|
| Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota<br>v.<br>United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun | Case No. 24-1328 |

I hereby notify the clerk that I consent to receive electronic service of all documents filed in this appeal via the Court's Electronic Case Management system (ECF). All notices and electronic filings for the above-captioned case(s) should be sent to me at the email address below. If my email address changes, I will promptly notify the clerk in writing of my new email address. I understand that I will no longer receive paper copies of any documents issued by the court or electronically filed by other parties to this appeal. I understand that I need to separately consent to electronic service for each appeal in which I wish to receive electronic service and this consent is only effective as to the above captioned appeal(s).

Ashley Epp
_____
Name

asheinamerica@protonmail.com
_____
Email address (type or print clearly)

*[signature]*
_____
Signature

## CERTIFICATE OF SERVICE

I hereby certify that on ____August 30, 2024____ I sent a copy of
[date]
the Consent to Electronic Service to: __Bryan Sells_____

at __The Law Office of Bryan L. Sells, LLC_____

_____, the last known

address/email address, by ____email_____.
[state method of service]

August 30, 2024                      *[signature]*
_____       _____
Date                                              Signature