# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance - Pro Se

Colorado Montana Wyoming, et al

v.

Smith, et al

Case No. 24-1328

**INSTRUCTIONS:** A PARTY DESIRING TO APPEAR WITHOUT COUNSEL SHALL NOTIFY THE CLERK BY COMPLETING AND SIGNING THIS FORM. THE FEDERAL RULES OF APPELLATE PROCEDURE AND TENTH CIRCUIT RULES REQUIRE THAT ALL PAPERS SUBMITTED TO THE COURT FOR FILING BE SIGNED BY THE FILING PARTY AND THAT COPIES BE SERVED ON OPPOSING PARTIES OR THEIR COUNSEL, IF REPRESENTED BY COUNSEL. THE ORIGINAL OF EVERY PAPER SUBMITTED FOR FILING MUST CONTAIN PROOF OF SERVICE IN A FORM SIMILAR TO THAT ON THE REVERSE OF THIS FORM. ANY PAPER THAT DOES NOT CONTAIN THE REQUIRED PROOF OF SERVICE MAY BE DISREGARDED BY THE COURT OR RETURNED.

I hereby notify the clerk that I am appearing pro se as the

__Appellee_____ in
(Appellant, Petitioner, Appellee or Respondent)

this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify: **(Check one.)**

[X] All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption for this appeal, or

[ ] There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

_____
Signature

Ashley Epp
Name
1132 Koa Ct
Mailing Address
Castle Rock     CO     80104
City            State  Zip Code

A-5a Pro Se Entry of Appearance Form 10/09

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024 [date] I sent a copy of the Pro Se Entry of Appearance Form to: Bryan Sells at The Law Office of Bryan L. Sells, LLC _____, the last known address/email address, by email [state method of service].

August 30, 2024
Date

*[signature]*
Signature
asheinamerica@protonmail.com

---

## CERTIFICATE OF INTERESTED PARTIES
(attached additional pages if necessary)

I hereby certify that all other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case.

August 30, 2024

*[signature]*

Ashley Epp
asheinamerica@protonmail.com
303-591-8714

A-5a Pro Se Entry of Appearance Form 10/09