# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**Pro Se Motion for Permission to File Electronically**

| | |
|---|---|
| Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota | Case No. 24-1328 |
| *Appellants* | |
| v. | |
| United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun | |
| *Appellees* | |

COMES NOW, in accordance with Federal Rule of Appellate Procedure 25(a)(2)(B)(ii), Pro Se Appellee Ashley Epp respectfully requests, from the United States Court of Appeals for the Tenth Circuit, permission to electronically file in case number 24-1328 using the CM/ECF system. Ms. Epp was permitted to file electronically in the District Court of Colorado, in this action being appealed (1:22-cv-00581-CNS-NRN) and, if it pleases the Court, respectfully requests permission to use the ECF for appellee filings as well.

Signed this 30th Day of August, 2024.

Ashley Epp
asheinamerica@protonmail.com
303-591-8714

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2024, I sent a copy of (date) this Motion for Permission to

File Electronically to Bryan Sells at The Law Offices of Bryan L. Sells, LLC (Counsel for

Appellants) at his last known email address.


August 30, 2024


Ashley Epp
1132 Koa Ct
Castle Rock, CO 80104
asheinamerica@protonmail.com
303-591-8714

Scanned by US Marshal

To:

ASHLEY EPP
(303) 591-8714
1132 KOA CT
CASTLE ROCK  CO 80104

1 LBS      1 OF 1
SHP WT: 1 LBS
DATE: 30 AUG 2024

SHIP BYRON WHITE US COURTHOUSE
TO: US COURT APPEALS FOR 10TH CIRCUIT
    1823 STOUT ST

DENVER  CO 80257-0001



CO 802 9-50

**UPS GROUND**
TRACKING #: 1Z 9X7 10F 03 8767 1438



BILLING: P/P

ISH 13.00F 2ZP 450 34.5U 08/2024



SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.          HRD-R 0624