# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT



## CIVIL COVER SHEET

| | |
|---|---|
| Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota<br>*Appellants*<br><br>v.<br><br>United States Election Integrity Plan, Shawn Smith, Ashley Epp, and Holly Kasun<br>*Appellees* | Case No. 24-1328 |

Pro Se Appellee Ashley Epp respectfully files the following three (3) documents with the US Court of Appeals for the Tenth Circuit, on this 30th Day of August in 2024.

(1) Consent to Electronic Service

(2) Entry Of Appearance – Pro Se

(3) Pro Se Motion for Permission To File Electronically

Ashley Epp
asheinamerica@protonmail.com
303-591-8714