UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| Colorado Montana Wyoming State Area Conference of the NAACP, *et al*.<br><br>v.<br><br>Shawn Smith, *et al*. | Case No. 24-1328 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Shawn Smith
_____
[Party or Parties][1]

Appellee
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Michael J. Wynne | Cameron Powell |
| Name of Counsel | Name of Counsel |
| /s/ *Michael J. Wynne* | /s/ *Cameron Powell* |
| Signature of Counsel | Signature of Counsel |
| 4265 San Felipe St., Ste. 700<br>Houston TX 77027, 281-450-7403 | 4265 San Felipe St., Ste. 700<br>Houston TX 77027, 503-5025030 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| mwynne@gwafirm.com | cpowell@gwafirm.com |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

1

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☒ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☐ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

September 3, 2024
_____
Date

/s/ *Michael J. Wynne*
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

&boxtimes;    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

&boxtimes;    On __September 3, 2024__ I sent a copy of this Entry of Appearance
               [date]

Form to:

Ashley Epp (pro se)

_____

at___1132 Koa Court, Castle Rock, CO 80104_____,

the last known address/email address, by ___U.S. Mail, first class postage prepaid___.
                                            [state method of service]

September 3, 2024

_____
Date

/s/ *Michael J. Wynne*

_____
Signature

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| Colorado Montana Wyoming State Area Conference of the NAACP, *et al.*,<br><br>    Appellants,<br><br>v.<br><br>Shawn Smith, *et al.*,<br><br>    Appellees. | Case No. 24-1328 |

The following individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation.

Bonifaz, John C.

Bradshaw, Jean Paul

Breese, Casey Carlton

Clements, Ben

Dillon, Brian Andrew

Erickson, Amy Elizabeth

Farganis, Dion Richard

Free Speech for People

Gregor Wynne Arney, PLLC

Hays, Jessica Lynn

Hostetler, Courtney Marie

Larsen, Joe

Lathrop GPM LLP

League of Women Voters of the United States

Martinez, Heather Marie

Mattar, Amira Marcella

National Association for the Advancement of Colored People

Powell, Cameron

Reisch Law Firm, LLC

Reisch, Randy Scott

Sells, Bryan L.

Stock, Kristin M.

The Law Office of Bryan L. Sells, LLC

Turner, James L.

United States Election Integrity Plan

Wynne, Michael John

Dated: September 3, 2024

*/s/ Michael J. Wynne*
Michael J. Wynne, (TX # 00785289)
mwynne@gwafirm.com
Cameron Powell (CO # 00459020)
cpowell@gwafirm.com
GREGOR WYNNE ARNEY, PLLC
4265 San Felipe, Suite 700
Houston, Texas 77027
Telephone: (281) 450-7403