UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

September 05, 2024

**RE:    24-1328, Colorado Montana Wyoming State, et al v. Smith, et al**
Dist/Ag docket: 1:22-CV-00581-CNS-NRN

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect:

You have not filed a 26.1 Disclosure Statement. You must file a 26.1 Disclosure Statement even if there is no information to disclose. *See* Fed. R. App. P. 26.1 and 10th Cir. R. 26.1(A).

Please correct the stated deficiency within three days of the date of this notice.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CC: Counsel of record
CMW/jjh