# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| Colorado Montana Wyoming State Area Conference of the NAACP, *et al.,* <br><br> v. <br><br> Shawn Smith, *et al.,* | Case No. 24-1328 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of  Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters of Colorado, and Mi Familia Vota

[Party Name(s)]

certifies[1] as follows:

      The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

✓  There is no information to disclose pursuant to Fed. R. App. P. 26.1.

September 5, 2024
Date

/s/ Bryan L. Sells
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

✓    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

On _____ I sent a copy of this Disclosure Statement
     [date]

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]

September 5, 2024
Date

/s/ Bryan L. Sells
Signature