UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| **Colorado Montana Wyoming State Area Conference of the NAACP**, *et al.*,<br><br>     Appellants,<br><br> vs.<br><br>**Shawn Smith**, *et al.*,<br><br>     Appellees. | Appeal No. 24-1328<br><br>**Appellants' Unopposed Motion for an Extension of Time to File their Opening Brief and Appendix** |

Appellants Colorado Montana Wyoming State Area Conference of the NAACP, Leave of Women Voters of Colorado, and Mi Familia Vota respectfully move the Court for a 30-day extension of time to file their opening brief and appendix. Those documents are currently due on October 8, 2024. The undersigned counsel for the appellants has conferred with counsel for the appellees (including Ms. Epp, who is representing herself *pro se*) and has

been advised that the appellees do not oppose this motion. This is the appellants' first motion for an extension of the deadline.

As grounds for the motion, the appellants state that the undersigned counsel was just retained last week, is a solo practitioner, and needs additional time to prepare the brief and appendix due to his relative lack of familiarity with the trial-court record. In addition, the undersigned counsel's practice is devoted exclusively to election-law matters, and he anticipates a very high workload on other emergency election-related matters between now and Election Day.

Dated: September 5, 2024

**/s/ Bryan L. Sells**
Georgia Bar No. 635562
Attorney for the Appellants
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com