UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

v.                                     Case No.

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_____
Colorado Montana Wyoming State Area Conference of the NAACP,
[Party or Parties][1]

_____
League of Women Voters of Colorado, and Mi Familia Vota

_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


_____            _____
Name of Counsel                              Name of Counsel

*John C. Bonifaz* (signature)
_____            _____
Signature of Counsel                         Signature of Counsel

_____            _____
Mailing Address and Telephone Number         Mailing Address and Telephone Number

_____            _____
E-Mail Address                               E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

Full list of parties were disclosed in the R. 46.1 certificate filed by co-counsel Bryan Sells.

09/06/2024
Date

*John C. Bonifaz*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☐ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

On _____ I sent a copy of this Entry of Appearance
      [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                            [state method of service]

09/06/2024
Date

*John C. Bonifaz* (signature)
Signature