UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Colorado Montana Wyoming State Area Conference of the NAACP, et al.,

v.

Shawn Smith, et al.

Case No. 24-1328

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Colorado Montana Wyoming State Area Conference of the NAACP, League of Women Voters, and Mi Familia Vota

[Party or Parties][1]

Appellants, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

Amira Mattar
Name of Counsel

*/s/ Amira Mattar*
Signature of Counsel

48 N. Pleasant S Amherst, MA 01002, (617) 244-0234
Mailing Address and Telephone Number

amira@freespeechforpeople.org
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

10/16/24
Date

*amira Mattar*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance
         [date]

Form to:
_____

at _____,

the last known address/email address, by _____.
                                          [state method of service]

10/16/24
Date

*[signature]*
Signature