UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| Colorado Montana Wyoming State Area Conference of the NAACP, et al., <br><br> v. <br> Shawn Smith, et al. | Case No. 24-1328 |

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Colorado Montana Wyoming State Area Conference of the NAACP,
_____
[Party or Parties][1]

League of Women Voters of Colorado, and Mi Familia Vota
_____

Appellants
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Courtney Hostetler
_____      _____
Name of Counsel                       Name of Counsel

*[signature]*
_____      _____
Signature of Counsel                  Signature of Counsel

Free Speech For People, 48 N. Pleasant St., Suite 304
Amherst MA 01002; T: 617-244-0234
_____      _____
Mailing Address and Telephone Number  Mailing Address and Telephone Number

chostetler@freespeechforpeople.org
_____      _____
E-Mail Address                        E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✔ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

Full list of parties were disclosed in the R. 46.1 certificate filed by co-counsel Bryan Sells.

10/17/2024
_____
Date

*[signature: Courtney Hostetler]*
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

✔   All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On   10/17/2024   I sent a copy of this Entry of Appearance
         [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                           [state method of service]

10/17/2024
_____
Date

_____
Signature