UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| **Colorado Montana Wyoming State Area Conference of the NAACP**, *et al.*,<br><br>      Appellants,<br><br>  vs.<br><br>**Shawn Smith**, *et al.*,<br><br>      Appellees. | Appeal No. 24-1328<br><br><br>**Appellants' Motion for a Limited Exemption from the Requirement to File an Electronic Appendix** |

 Appellants Colorado Montana Wyoming State Area Conference of the NAACP, Leave of Women Voters of Colorado, and Mi Familia Vota respectfully move the Court for a limited exemption from the requirement to file an electronic appendix. One of the issues in this appeal is whether the district court improperly excluded a video trial exhibit (Exhibit 8). The appellants seek an exemption for that exhibit only, which they will file separately with the clerk on a USB drive or other appropriate

media so that the Court has access to the video. The electronic appendix will contain a placeholder page for the exhibit. The appellants' appendix is due November 7.

Dated: November 4, 2024

**/s/ Bryan L. Sells**
Georgia Bar No. 635562
Attorney for the Appellants
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com