UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| **Colorado Montana Wyoming State Area Conference of the NAACP**, *et al.*, | Appeal No. 24-1328 |
| Appellants, | |
| vs. | **Appellants' Supplemental Motion for a Limited Exemption from the Requirement to File an Electronic Appendix** |
| **Shawn Smith**, *et al.*, | |
| Appellees. | |

    Appellants Colorado Montana Wyoming State Area Conference of the NAACP, Leave of Women Voters of Colorado, and Mi Familia Vota respectfully move the Court for a limited exemption from the requirement to file an electronic appendix. One of the issues in this appeal is whether the district court improperly excluded a video trial exhibit (Exhibit 8). The appellants seek an exemption for that exhibit only, which they will file separately with the clerk on a USB drive or other appropriate

media so that the Court has access to the video. The electronic appendix will contain a placeholder page for the exhibit. The appellants' appendix is due November 7.

Counsel for the appellees, and Ms. Epp *pro se*, have advised that they do not oppose this motion.

Dated: November 5, 2024

**/s/ Bryan L. Sells**
Georgia Bar No. 635562
Attorney for the Appellants
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com