FILED
United States Court of Appeals
Tenth Circuit

November 6, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

COLORADO MONTANA WYOMING
STATE AREA CONFERENCE OF THE
NAACP, et al.,

    Plaintiffs - Appellants,

v.

SHAWN SMITH, et al.,

    Defendants - Appellees.

No. 24-1328
(D.C. No. 1:22-CV-00581-CNS-NRN)
(D. Colo.)

_____

**ORDER**

_____

    This matter is before the court on Appellants' Motion for a Limited Exemption from the Requirement to File an Electronic Appendix (the "Motion"). The appellants intend to submit a video file that was a proposed trial exhibit as part of their appendix. The file cannot be converted into a format that is, or be compressed sufficiently to be, compatible with the court's electronic filing system. Therefore, the appellants seek leave to submit this appendix material in hard copy only. *See* 10th Cir. R. 30.3(B). At the court's direction, the appellants filed a supplement to the Motion indicating that the appellees do not oppose the relief requested. Upon consideration, the Motion is granted, as provided in this order.

    When directed by the court to do so, the appellants shall submit to the court two identical copies of a flash drive (or other hard copy media) containing the video file

discussed in the Motion concurrently with the hard copies of the opening brief and other appendix materials. The media must be in a familiar file format that can be accessed using commonly available media players. Neither the media nor the individual files may be password protected absent prior authorization of the clerk. The media shall be labeled at a minimum with the case number, and it is suggested that the media be submitted in a sleeve or small envelope bearing the case number, case name, contents, and party submitting the materials. Any questions about the format of the media should be resolved with the clerk's office prior to submission.

    The clerk will docket the conventionally filed appendix materials when received.

    Lastly, unless the appellees expressly waive receipt of the media, the appellants must serve the appellees with a copy of the media and reflect the transmission in the certificate of service for the appendix.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk