UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

### ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Colorado Montana Wyoming State Area Conference of the NAACP, et al.,

v.

Shawn Smith, et al.

Case No. 24-1328

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

United States of America
_____
[Party or Parties][1]

_____

Amicus Curiae
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Noah B. Bokat-Lindell | Bonnie I. Robin-Vergeer |
| Name of Counsel | Name of Counsel |
| s/ Noah B. Bokat-Lindell | s/ Bonnie I. Robin-Vergeer |
| Signature of Counsel | Signature of Counsel |
| U.S. Dep't of Just., Civil Rts. Div., Appellate Section | U.S. Dep't of Just., Civil Rts. Div., Appellate Section |
| Ben Franklin Station, P.O. Box 14403, Washington, D.C. 20044 | Ben Franklin Station, P.O. Box 14403, Washington, D.C. 20044 |
| 202-598-0243 | 202-353-2464 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| noah.bokat-lindell@usdoj.gov | bonnie.robin-vergeer@usdoj.gov |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✓ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

November 14, 2024
_____
Date

s/ Noah B. Bokat-Lindell
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

✓　All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐　On _November 14, 2024_ I sent a copy of this Entry of Appearance
　　　　[date]

Form to:
_____

at_____,

the last known address/email address, by _____.
　　　　　　　　　　　　　　　　　　　　　　　　[state method of service]


November 14, 2024
_____
Date

s/ Noah B. Bokat-Lindell
_____
Signature