No. 24-1328
==========================================================================

In the
United States Court of Appeals for the Tenth Circuit

---

COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP, et al.,

Plaintiffs–Appellants

v.

SHAWN SMITH, et al.

Defendants–Appellees

---

Appeal from the United States District Court for the District of Colorado, No. 1:22-cv-00581-CNS-NRN (Judge Charlotte N. Sweeney)

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEES' BRIEF**

TO THE HONORABLE JUDGES OF SAID COURT:

Appellees, Holly Kasun and Shawn Smith, through their counsel Michael J. Wynne and Cameron Powell, file this motion for a 14-day extension of time to file Appellees' Brief responding to the Appellants' Brief. In support thereof, Ms. Kasun and Mr. Smith would show the Court the following:

**I.**

Appellants' brief was filed on November 7, 2024. Because December 7, 2024, is a Saturday, Appellees' Brief is due on December 9, 2024. When the Appellants filed their brief, Appellees' counsel were in the second week of a four-week trial in

the United States District Court for the District of New Jersey. Upon return of the jury's verdict in that case, counsel focused on preparation of Appellees' Brief. The brief is near completion; however, holidays and travel have interrupted the preparation of a brief that will cogently and comprehensively address the issues raised by the Appellants in a manner that will assist this Court in its review of the facts and its resolution of the issues presented. Counsel is cognizant of this Court's policy disfavoring extensions of time and does not make this request lightly or for purposes of delay but to ensure that justice is done. Appellee's Counsel requests a short 14-day extension of time to complete Appellees' Brief.

    Counsel have consulted with Appellants' counsel and have been informed that they take no position on this motion for an extension of time to complete and file the Appellees' Brief and Appendix.

Dated: December 4, 2024

[*Signature block on following page*]

Respectfully submitted,

Michael J. Wynne
  Attorney-at-Law

Cameron Powell
  Attorney-at-Law

By:   */s/ Michael J. Wynne*
Michael J. Wynne, (TX # 785289)
mwynne@gwafirm.com
Cameron Powell (CO # 22016)
cpowell@gwafirm.com
GREGOR WYNNE ARNEY, PLLC
4265 San Felipe, Suite 700
Houston, Texas 77027
(281) 450-7403

Attorneys for Appellees Shawn Smith and Holly Kasun

CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2024, I electronically filed the foregoing using the court's CM/ECF system which will send notification to the following:

| **Attorneys for Appellants** | *Amicus Curiae* |
|---|---|
| Bryan L. Sells<br>The Law Office of Bryan L. Sells, LLC<br>Post Office Box 5493<br>Atlanta, Georgia 31107-0493<br>(404) 480-4212<br><br>Courtney Hostetler<br>John Bonifaz<br>Ben Clements<br>Amira Mattar<br>Free Speech For People<br>48 North Pleasant St, Ste 304<br>Amherst, Massachusetts 01002<br>(617) 244-0234 | Bonnie I. Robin-Vergeer<br>Noah B. Bokat-Lindell<br>Department of Justice<br>Civil Rights Division<br>Appellate Section<br>Ben Franklin Station<br>P.O. Box 14403<br>Washington, D.C. 20044-4403<br>(202) 598-0243 |

Date: December 4, 2024

*/s/ Michael J. Wynne*
Michael J. Wynne
Attorney for Holly Kasun & Shawn Smith
GREGOR WYNNE ARNEY, PLLC
4265 San Felipe, Suite 700
Houston, Texas 77027
mwynne@gwafirm.com
(281) 450-7403