No. 24-1328
================================================================

In the
United States Court of Appeals for the Tenth Circuit
--------------------------------------------------------------------------

COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP, et al.,

Plaintiffs–Appellants

v.

SHAWN SMITH, et al.

Defendants–Appellees
--------------------------------------------------------------------------

Appeal from the United States District Court for the District of Colorado,
No. 1:22-cv-00581-CNS-NRN (Judge Charlotte N. Sweeney)

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' PRO SE BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

Appellee Ashley Epp moves the Court for an extension of time to file her Response Brief to the Appellants' Brief, with a new filing date of December 23, 2024. Ms. Epp presents the following for the court's consideration.

### I.

Ms. Epp is presenting herself pro se in the matter before the court. Despite her obvious disadvantages, Ms. Epp has worked tirelessly to complete the Brief and supplement the Appellants' Appendix. Ms. Epp's Brief is nearly complete, but she seeks additional time to streamline the supplemental Appendix and ensure that she

presents her best effort before the court while avoiding over designation per Fed. R. App. P. 30(b)(1), as "The parties must not engage in unnecessary designation of parts of the record, because the entire record is available to the court."

This request will not delay these proceedings, as Ms. Epp does not seek extension beyond that granted to Appellees Ms. Kasun and Mr. Smith on December 4, 2024. Ms. Epp is requesting the same extension.

Ms. Epp has conferred with counsel for the Appellants, and this motion is unopposed.

Dated: December 5, 2024

                                          Respectfully submitted,

                                          Ashley Epp
                                          Appellee (Pro Se)

By:               */s/ Ashley Epp*
                    1132 Koa Ct
                    Castle Rock, CO 80104
                    asheinamerica@protonmail.com
                    +1 (303) 591-8714

CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024, I electronically filed the foregoing using the court's CM/ECF system which will send notification to the following:

**Attorneys for Appellants**

Bryan L. Sells
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
(404) 480-4212

Courtney Hostetler
John Bonifaz
Ben Clements
Amira Mattar
Free Speech For People
48 North Pleasant St, Ste 304
Amherst, Massachusetts 01002
(617) 244-0234

*Amicus Curiae*

Bonnie I. Robin-Vergeer
Noah B. Bokat-Lindell
Department of Justice
Civil Rights Division
Appellate Section
Ben Franklin Station
P.O. Box 14403
Washington, D.C. 20044-4403
(202) 598-0243

Date: December 5, 2024

*/s/ Ashley Epp*
1132 Koa Ct
Castle Rock, CO 80104
asheinamerica@protonmail.com
+1 (303) 591-8714