UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

December 20, 2024

Cameron C. Powell  
Gregor Wynne Arnery  
301 Massachusetts Avenue,NW, Suite 1203  
Washington, DC 20001

Michael J. Wynne  
Gregor Wynne Arney  
4265 San Felipe Street, Suite 700  
Houston, TX 77027

RE:     24-1328, Colorado Montana Wyoming State, et al v. Smith, et al  
          Dist/Ag docket: 1:22-CV-00581-CNS-NRN

Dear Counsel:

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental appendices). Specifically:

- The appendix is not paginated. *See* 10th Cir. R. 30.1(D)(1).
- The appendix is not searchable. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit CM/ECF User's Manual at Section III G (page 19).
- The appendix does not contain bookmarks. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit CM/ECF User's Manual at Section III G (page 19).
- The district court docket sheet is not included. *See* 10th Cir. R. 30.1(D)(4) and 10th Cir. R. 10.4(C)(1).

You must file a proper electronic appendix within three days of the date of this notice. Do not file paper copies of your appendix and brief until the court has received the corrected electronic appendix and issued notice it is compliant.

The brief that was submitted with the appendix is acceptable for filing and will be filed upon receipt of the corrected appendix. However, if the corrections made to the appendix affect citations in the brief, a revised brief with corrected appendix citations will need to be submitted.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: John C. Bonifaz
Ben Clements
Ashley Epp
Courtney Marie Hostetler
Amira Marcella Mattar
Bonnie I. Robin-Vergeer
Bryan L. Sells

CMW/jm