No. 24-1328
==============================================================

In the

United States Court of Appeals For the Tenth Circuit

---

COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP, et al.,

Plaintiffs–Appellants

v.

SHAWN SMITH, et al. Defendants–Appellees

---

Appeal from the United States District Court for the District of Colorado, No. 1:22-cv-00581-CNS-NRN (Judge Charlotte N. Sweeney)

# MOTION OF APPELLEES SHAWN SMITH AND HOLLY KASUN FOR LEAVE TO FILE CORRECTED BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

Appellees, Holly Kasun and Shawn Smith, through their counsel Cameron Powell, file this motion for leave to file a corrected brief. In support thereof, Ms. Kasun and Mr. Smith would show the Court the following:

Appellees' brief, due on December 23, 2024, was filed on December 20, 2024, but the filing inadvertently submitted the penultimate version of Appellees' brief, excluding some largely ministerial corrections made in the final version (e.g., moving two paragraphs from above a heading to below it; correcting a mileage estimate and providing a link to Google Maps; adding a paragraph return between paragraphs in a footnote; clarifying language).

1

Counsel have consulted with Appellants' counsel and have been informed that they do not oppose this motion.

Dated December 23, 2024

/s/ Cameron Powell
Cameron Powell, Colo. Bar #22016
Gregor Wynne Arney
4265 San Felipe
Suite 700
Houston, Texas 77027

(832) 390-2644

Attorney for Appellees Shawn Smith and Holly Kasun

# CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2024, I electronically filed the foregoing using the court's CM/ECF system which will send notification to the following:

| **Attorneys for Appellants** | *Amicus Curiae* |
|---|---|
| Bryan L. Sells<br>The Law Office of Bryan L. Sells, LLC<br>Post Office Box 5493<br>Atlanta, Georgia 31107-0493<br>(404) 480-4212<br><br>Courtney Hostetler<br>John Bonifaz<br>Ben Clements<br>Amira Mattar<br>Free Speech For People<br>48 North Pleasant St, Ste 304<br>Amherst, Massachusetts 01002<br>(617) 244-0234 | Bonnie I. Robin-Vergeer<br>Noah B. Bokat-Lindell<br>Department of Justice<br>Civil Rights Division<br>Appellate Section<br>Ben Franklin Station<br>P.O. Box 14403<br>Washington, D.C. 20044-4403<br>(202) 598-0243 |

Date: December 23, 2024

*/s/ Michael J. Wynne*
Michael J. Wynne
Attorney for Holly Kasun & Shawn Smith
GREGOR WYNNE ARNEY, PLLC
4265 San Felipe, Suite 700
Houston, Texas 77027
mwynne@gwafirm.com
(281) 450-7403