UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| **Colorado Montana Wyoming State Area Conference of the NAACP**, *et al.*,<br><br>    Appellants,<br><br>  vs.<br><br>**Shawn Smith**, *et al.*,<br><br>    Appellees. | Appeal No. 24-1328<br><br>**Appellants' Motion for an Extension** |

    Appellants Colorado Montana Wyoming State Area Conference of the NAACP, Leave of Women Voters of Colorado, and Mi Familia Vota respectfully move the Court for a 30-day extension of time within which to file a reply brief. The appellants' reply is currently due on January 13, 2025. The reasons for the extension are as follows: (1) the undersigned counsel, who is the primary drafter of the appellants' briefs, is in the middle of trial in *Coads v. Nassau County*, No. 611872/2023 (N.Y. Sup. Ct.), which is

scheduled to resume on January 6 through at least January 10; (2) the undersigned counsel has an opening brief due in *Cowen v. Raffensperger*, No. 24-13164 (11th Cir.), an appeal in which he is sole counsel, on January 17, and in which the filing deadline has already been extended twice; and (3) the undersigned counsel has a long-planned family vacation from January 1 through 5.

    Ms. Epp *pro se,* opposes this motion. Ms. Kasun, through counsel, also opposes this motion. Mr. Smith, through counsel, takes no position on this motion.

Dated: December 23, 2024

**/s/ Bryan L. Sells**
Georgia Bar No. 635562
Attorney for the Appellants
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
Telephone: (404) 480-4212
Email: bryan@bryansellslaw.com