FILED  
United States Court of Appeals  
Tenth Circuit

December 27, 2024

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP, et al.,

    Plaintiffs - Appellants,

v.

SHAWN SMITH, et al.,

    Defendants - Appellees.

------------------------------

UNITED STATES OF AMERICA,

    Amicus Curiae.

No. 24-1328  
(D.C. No. 1:22-CV-00581-CNS-NRN)  
(D. Colo.)

---

**ORDER**

---

Before **MATHESON** and **BACHARACH**, Circuit Judges.

---

This matter comes before the court on Appellants' Opposed Motion for an Extension. The motion is granted in part. Appellants shall file a reply brief on or before February 3, 2025.

                              Entered for the Court

                              CHRISTOPHER M. WOLPERT, Clerk