IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

_____

No. 24-1328

COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP, et al.,

Plaintiffs-Appellants

v.

SHAWN SMITH, et al.,

Defendants-Appellees

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Hon. Judge Charlotte N. Sweeney, No. 1:22-CV-00581-CNS-NRN

_____

UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL

_____

The United States respectfully moves, pursuant to Federal Rules of Appellate Procedure 27, to withdraw Bonnie I. Robin-Vergeer as counsel of record in the above-captioned case. Effective February 12, 2025, Ms. Robin-Vergeer is not working in the Civil Rights Division of the Department of Justice.

The United States will continue to be represented by Noah B. Bokat-Lindell.

Respectfully submitted,

KATHLEEN P. WOLFE
  Deputy Assistant Attorney General

s/ Noah B. Bokat-Lindell
NOAH B. BOKAT-LINDELL
  Attorney
  Department of Justice
  Civil Rights Division
  Appellate Section
  Ben Franklin Station
  P.O. Box 14403
  Washington, D.C.  20044-4403
  (202) 598-0243

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 59 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f). This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared in Times New Roman 14-point font using Microsoft Word for Microsoft 365.

s/ Noah B. Bokat-Lindell  
NOAH B. BOKAT-LINDELL  
Attorney

Date: February 21, 2025