IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
_____

No. 24-1328

COLORADO MONTANA WYOMING STATE AREA CONFERENCE OF THE NAACP, et al.,

Plaintiffs-Appellants

v.

SHAWN SMITH, et al.,

Defendants-Appellees
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Hon. Judge Charlotte N. Sweeney, No. 1:22-CV-00581-CNS-NRN
_____

UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL
_____

Undersigned counsel respectfully moves, pursuant to Federal Rules of Appellate Procedure 27, to withdraw as counsel of record for the United States in the above-captioned case. Effective June 13, 2025, undersigned counsel will leave his position with the Department of Justice.

The United States will continue to be represented by Jason Lee.

          Respectfully submitted,

          HARMEET K. DHILLON
           Assistant Attorney General
           Civil Rights Division

          JESUS A. OSETE
           Deputy Assistant Attorney General
           Civil Rights Division

          <u>s/ Noah B. Bokat-Lindell</u>
          NOAH B. BOKAT-LINDELL
           Attorney
           Department of Justice
           Civil Rights Division
           Appellate Section
           Ben Franklin Station
           P.O. Box 14403
           Washington, D.C. 20044-4403
           (202) 598-0243

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 52 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared in Times New Roman 14-point font using Microsoft Word for Microsoft 365.

                                                  s/ Noah B. Bokat-Lindell
                                                  NOAH B. BOKAT-LINDELL
                                                     Attorney

Date:  June 13, 2025