UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 06, 2026

John C. Bonifaz
Ben Clements
Courtney Marie Hostetler
Free Speech For People
28 South Main Street, Suite 200
Sharon, MA 02067

Bryan L. Sells
P.O. Box 5493
Atlanta, GA 31107-0493

**RE:    24-1328, Colorado Montana Wyoming State, et al v. Smith, et al**
    Dist/Ag docket: 1:22-CV-00581-CNS-NRN

Dear Counsel:

Enclosed is a copy of the opinion of the court issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. 40(d)(1), any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements. In particular, petitions for rehearing may not exceed 3900 words or 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. *See* Fed. R. App. P. Rule 40 and 10th Cir. R. 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:      Ashley Epp
David N. Goldman
Jessica Lynn Hays
Cameron C. Powell
Randy Scott Reisch
Michael J. Wynne


CMW/sds