**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**July 6, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

_____

COLORADO MONTANA WYOMING
STATE AREA CONFERENCE OF THE
NAACP; LEAGUE OF WOMEN
VOTERS OF COLORADO; MI FAMILIA
VOTA,

     Plaintiffs - Appellants,

v.

SHAWN SMITH; ASHLEY EPP; HOLLY
KASUN,

     Defendants - Appellees,

and

UNITED STATES ELECTION
INTEGRITY PLAN,

     Defendant.

------------------------------

UNITED STATES OF AMERICA,

     Amicus Curiae.

_____

COLORADO MONTANA WYOMING
STATE AREA CONFERENCE OF THE
NAACP; LEAGUE OF WOMEN
VOTERS OF COLORADO; MI FAMILIA
VOTA,

     Plaintiffs - Appellees,

No. 24-1328
(D.C. No. 1:22-CV-00581-CNS-NRN)
(D. Colo.)

v.

SHAWN SMITH; ASHLEY EPP; HOLLY
KASUN,

     Defendants - Appellants,

and

UNITED STATES ELECTION
INTEGRITY PLAN,

     Defendant.

No. 25-1111
(D.C. No. 1:22-CV-00581-CNS-NN)
(D. Colo.)

_____

## JUDGMENT

_____

Before **ROSSMAN**, **MURPHY**, and **FEDERICO**, Circuit Judges.

_____

These cases originated in the District of Colorado and were submitted on the briefs

at the direction of the court.

The judgment of that court in appeal 24-1328 is reversed in part, vacated in part

and remanded to the United States District Court for the District of Colorado for further

proceedings in accordance with the opinion of this court.

Appeal 25-1111 is dismissed as moot.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

2